Civil Action No.    1:25-cv-03797-ELR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Yan Goldshteyn**
was recieved by me on **8/13/2025:**

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Marina Goldstein**, a person of suitable age and discretion who resides at **7904 Topanga Canyon Blvd Unit 5, Canoga Park, CA 91304**, on **08/13/2025 at 10:51 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  08/13/2025

*Server's signature*

**Yelena Poghosyan**
*Printed name and title*

**7933 Woodlake Ave
West Hills, CA 91304**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; EXHIBITS; SUMMONS IN A CIVIL ACTION,  to Marina Goldstein who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**



Tracking #: **0182106129**



**TEMPORARY REGISTERED PROCESS SERVER**

Office of Dean C. Logan, County Clerk
County of Los Angeles

YELENA POGHOSYAN
7933 WOODLAKE AVE, WEST HILLS, CA 91304
REGISTRATION # 2025149722
EXPIRES: 10/22/2025

COUNTY OF LOS ANGELES CALIFORNIA

Registrant
Deputy