# **<u>Exhibit 1</u>**



Robin Gentry <rgentry@founderslegal.com>

## Activity in Case 1:25-cv-03797-ELR Page Injury Law, LLC v. Goldshteyn Clerks Entry of Default
1 message

**ganddb_efile_notice@gand.uscourts.gov** <ganddb_efile_notice@gand.uscourts.gov>   Wed, Sep 10, 2025 at 12:12 PM
To: CourtMail@gand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 9/10/2025 at 12:12 PM EDT and filed on 9/10/2025
**Case Name:**         Page Injury Law, LLC v. Goldshteyn
**Case Number:**       1:25-cv-03797-ELR
**Filer:**             Yan Goldshteyn
**Document Number:** No document attached

**Docket Text:**
**Clerks Entry of Default as to Yan Goldshteyn (ajw)**


**1:25-cv-03797-ELR Notice has been electronically mailed to:**

Kennington Groff &nbsp &nbsp kgroff@founderslegal.com, mlane@founderslegal.com

Melanie Kay Lane &nbsp &nbsp mlane@founderslegal.com

Robin L. Gentry &nbsp &nbsp rgentry@founderslegal.com

Zachary Carl Eyster &nbsp &nbsp zeyster@founderslegal.com

**1:25-cv-03797-ELR Notice has been delivered by other means to:**