# **Exhibit 2**



Robin Gentry &lt;rgentry@founderslegal.com&gt;

## Re: Case 1:25-cv-03797-ELR -- 844-Spartan request for declaratory judgment

**Zach Eyster** &lt;zeyster@founderslegal.com&gt;                                                 Fri, Aug 29, 2025 at 9:53 AM
To: Nadia Gueorguieva Semerdjieva &lt;nsemerdjieva@ndlawpolicy.com&gt;
Cc: "kgroff@founderslegal.com" &lt;kgroff@founderslegal.com&gt;, "mlane@founderslegal.com" &lt;mlane@founderslegal.com&gt;, "rgentry@founderslegal.com" &lt;rgentry@founderslegal.com&gt;

Good morning,

Thank you for your email. For avoidance of confusion, our client does not consent to a stay, as we do not identify an authority supporting the proposition that a stay would be mandated. If you have such authorities we would be happy to consider them, but in the meantime our client does not consent.

Best,
Zach Eyster
**Zach Eyster**
Partner | Attorney at Law

**Founders Legal | Bekiares Eliezer LLP**
Main: 404.537.3686 ext. 819
Direct: 404.591.6775
E-mail: zeyster@founderslegal.com
Web: www.founderslegal.com


On Wed, Aug 20, 2025 at 6:12 AM Nadia Gueorguieva Semerdjieva &lt;nsemerdjieva@ndlawpolicy.com&gt; wrote:
> Dear Attorneys,
>
> This law firm represent Mr. Yan Goldshteyn in this matter.
>
> It has been brought to my attention that you have filled on behave of your client for a declaratory judgment in Georgia Federal Court. My client is intenting on filling a request to stay proceedings until the USPTO issues an opinion on your USPTO trademark application.
>
> Please confirm receipt of this email.
>
> Looking forward to your response,
>
> Respectfully,
> _____
> Nadia Gueorguieva Semerdjieva, Esq.
> JD; LLM

https://www.trademarksla.com
714-717-0387

Practicing under authority of licensure in the State of California and admitted to the Bar of Central District of California, under Arizona Rules of Professional Conduct, Rule 5.5(c) and (d). Not admitted to the State Bar of Arizona.

CONFIDENTIALITY NOTICE: The information contained in this message may be attorney-client privileged and confidential. It is intended only to be read by the individual or entity named above. Any distribution of this message by any person who is not the intended recipient is strictly prohibited. If you have received this message in error, do not read it. Please immediately notify the sender and delete it. Thank you.

**THIS EMAIL COMMUNICATION MAY CONTAIN PRIVILEGED & CONFIDENTIAL MATERIAL:** The information contained in this email is intended exclusively for the addressed individual or entity above. This email is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and may be legally protected by the attorney/client privilege and/or work product doctrine. No portion of this email shall create an Attorney-Client relationship unless one is expressly created by the execution of an engagement letter between the client and the attorney. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to anyone. Please notify the sender by replying to this message, and then completely delete this message from your system.