4. **[Proposed] Order Granting Motion to Stay Proceedings.**

These documents are submitted pursuant to Federal Rule of Civil Procedure 55(c) and in support of Defendant's Motion to Stay (Dkt.8) and Motion to Set Aside Clerk's Entry of Default, in accordance with the Local Rules of the United States District Court for the Northern District of Georgia.

Respectfully submitted this 6th day of October, 2025.

_____
Yan Goldshteyn
Principal Attorney
Spartan Law Corporation
427 N Canon Dr. Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF FILING

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 6, 2025.

Yan Goldshteyn
Principal Attorney
Spartan Law Corporation
427 N Canon Dr. Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF FILING

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of October 2025, a copy of the foregoing Notice of Filing was filed via mail and served via first class mail to:

BEKIARES ELIEZER, LLP
Attention: Kennington R. Groff
Melanie K. Lane
Zachary C. Eyster
2870 Peachtree Rd. #512
Atlanta GA  30305

Respectfully Submitted,

Yan Goldshteyn
Principal Attorney
Spartan Law Corporation
427 N Canon Dr. Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF FILING