IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

PAGE INJURY LAW, LLC,

Plaintiff,

vs.

YAN GOLDSHTEYN,

Defendant

Civ. No. 1:25-cv-03797-ELR

NOTICE OF CHANGE OF ADDRESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 09 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that the Spartan Law Corporation's correct address is 427 N Canon Drive, Suite 212, Beverly Hills, CA 90210.

Please update the docket and all service lists accordingly.

Respectfully submitted this 6th day of October, 2025.

_____
Yan Goldshteyn
Principal Attorney

NOTICE OF CHANGE OF ADDRESS

|    |                                                                                                                                 |
| -- | ------------------------------------------------------------------------------------------------------------------------------- |
| 1  |                                                                                                                                 |
| 2  |                                                                                                                                 |
| 3  | Spartan Law Corporation<br>427 N Canon Dr. Suite 212<br>Beverly Hills, CA. 90210<br>Telephone: 323-450-7000<br>yan@spartanlawcorp.com<br>*Defendant* |
| 4  |                                                                                                                                 |
| 5  |                                                                                                                                 |
| 6  |                                                                                                                                 |
| 7  |                                                                                                                                 |
| 8  |                                                                                                                                 |
| 9  |                                                                                                                                 |
| 10 |                                                                                                                                 |
| 11 |                                                                                                                                 |
| 12 |                                                                                                                                 |
| 13 |                                                                                                                                 |
| 14 |                                                                                                                                 |
| 15 |                                                                                                                                 |
| 16 |                                                                                                                                 |
| 17 |                                                                                                                                 |
| 18 |                                                                                                                                 |
| 19 |                                                                                                                                 |
| 20 |                                                                                                                                 |
| 21 |                                                                                                                                 |
| 22 |                                                                                                                                 |
| 23 |                                                                                                                                 |
| 24 |                                                                                                                                 |
| 25 |                                                                                                                                 |
| 26 |                                                                                                                                 |
| 27 |                                                                                                                                 |
| 28 |                                                                                                                                 |

NOTICE OF CHANGE OF ADDRESS

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 6, 2025.

_____

Yan Goldshteyn
Principal Attorney
Spartan Law Corporation
427 N Canon Dr., Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF CHANGE OF ADDRESS

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of October 2025, a copy of the foregoing Notice of Filing was filed via mail and served via first class mail to:

BEKIARES ELIEZER, LLP
Attention: Kennington R. Groff
Melanie K. Lane
Zachary C. Eyster
2870 Peachtree Rd. #512
Atlanta GA  30305

Respectfully Submitted,

_____
Yan Goldshteyn
Principal Attorney
Spartan Law Corporation
427 N Canon Dr., Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF CHANGE OF ADDRESS