IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAGE INJURY LAW, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:25-cv-03797-ELR |
| v. ) | |
| ) | |
| YAN GOLDSHTEYN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **DECLARATION OF ZACHERY C. EYSTER**

Pursuant to 28 U.S.C. §1746, I, Zachery C. Eyster, make this declaration under penalty of perjury as follows:

1. My name is Zachary C. Eyster. I am over the age of 18 years, and I am competent in all respects to testify regarding the matters set forth herein.

2. I am an attorney licensed to practice law in the state of Georgia since 2014. I am a partner with Bekiares Eliezer, LLP dba Founders Legal and represent Plaintiff Page Injury Law, LLC in this matter.

3. On August 20, 2023 I received an email from Nadia Gueorguieva Semerdjieva who stated that she represented Yan Goldshteyn in connection with this matter and requested a stay in the proceedings.

4. On August 29, 2025, I sent a reply to that email stating that our client did not

consent to a stay. A true and correct copy of my reply is filed at Docket 9-2.

5. I used the "reply all" function to send the email and did not type in Ms. Semerdjieva email address.

6. On August 15, 2025 after learning that Goldshteyn claimed, in his Reply in Support of Motion to Stay, that he did not receive the email, I checked my e-mail "sent" box and confirmed that the email was sent.

7. I also confirmed that I did not receive a notification that my August 20, 2025 email to Ms. Semerdjieva was undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on October 20, 2024.

*/s/Zachary C. Eyster*
Zachary C. Eyster
