# EXHIBIT 2

4months,CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:03-cv-03533-JOF

| | |
|---|---|
| DIRECTV, Inc. v. Lois | Date Filed: 11/21/2003 |
| Assigned to: Judge J. Owen Forrester | Date Terminated: 01/27/2004 |
| Demand: $0 | Jury Demand: Defendant |
| Cause: 47:151 Federal Communications Act | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Federal Question |

**Plaintiff**

**DIRECTV, Inc.**  represented by  **Brian Christopher Meadows**
Needle & Rosenberg
999 Peachtree Street
Suite 1000
Atlanta, GA 30309
678-420-9300
Email: bmeadows@needlerosenberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Brian Shortell**
Needle & Rosenberg
999 Peachtree Street
Suite 1000
Atlanta, GA 30309
678-420-9300
Email: bshortell@needlerosenberg.com
*(Inactive)*
*LEAD ATTORNEY*

**Robin L. Gentry**
Cohan Law Group
3340 Peachtree Rd., N.E.,
Tower 100, Suite 2570
30326, Ste 980
Atlanta, GA 30326
404-201-2520
Email: rgentry@founderslegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Long , III**
Smith Gambrell & Russell, LLP - IL
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606
404-815-3559
Fax: 404-685-6859
Email: blong@sgrlaw.com

                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dr. Thomas Lois**                 represented by  **Thomas Lois**
                                                                       2121 Fountain Drive.
                                                                       Snellville, GA 30078
                                                                       *PRO SE*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2003 | 1 | COMPLAINT filed (Filed 5/23/03 in 1:03-cv-1458-JOF) FILING FEE $ 150.00 RECEIPT # 514162 (adg) (Entered: 12/01/2003) |
| 11/21/2003 | 2 | Return of service executed 7/5/03 as to Thomas Lois on original complaint (Filed 8/8/03 in 1:03-cv-1458-JOF) (adg) (Entered: 12/01/2003) |
| 11/21/2003 | 3 | ANSWER by defendant to complaint [1-1]; jury demand (Filed 8/13/03 in 1:03-cv-1458-JOF) (adg) (Entered: 12/01/2003) |
| 11/21/2003 | 4 | ORDER by Judge J. O. Forrester, severing defendants in 1:03-cv-1458-JOF (Filed 11/7/03 in 1:03-cv-1458-JOF) (adg) (Entered: 12/01/2003) |
| 01/06/2004 | 5 | Revised Case Instructions by CRD (cc) (adg) (Entered: 01/07/2004) |
| 01/27/2004 | 6 | Stipulation, by parties and aprvd by dep clerk, dismissing with prejudice all claims asserted in cmp against dft Dr. Thomas Lois pursuant to Rule 41 (a)(1)(ii). (vs) (Entered: 01/29/2004) |
| 01/27/2004 |  | Case terminated. (vs) (Entered: 01/29/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2025 10:10:33 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | pageinjury |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-03533-JOF |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |