# EXHIBIT 3

# Select A Person

### There were 2 matching people.

One 2000 Mercedes Benz S-Class S500 Sedan, VIN #WDBNG75J4YA059827    (pty) [defendant]

One 2000 Mercedes Benz SL430, Vin No. WDBNG70J7YA074538    (pty) [defendant]

---

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/20/2025 12:21:49 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Search | **Search Criteria:** | Last Name: One 2000 Mercedes Benz |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |