# EXHIBIT 4

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:02-cv-01132-TWT

USA v. One 2000 Mercedes  
Assigned to: Judge Thomas W. Thrash, Jr  
Demand: $0  
Cause: 21:881 Forfeiture Property-Drugs

Date Filed: 04/29/2002  
Date Terminated: 06/21/2002  
Jury Demand: None  
Nature of Suit: 625 Drug Related Seizure of Property  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA** represented by **Jenny R. Turner**  
Office of United States Attorney  
Northern District of Georgia  
75 Spring Street, S.W.  
600 United States Courthouse  
Atlanta, GA 30303  
404-581-6084  
Fax: 404-581-6234  
Email: jenny.turner@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**One 2000 Mercedes Benz S-Class S500 Sedan, VIN #WDBNG75J4YA059827**

**Claimant**

**Tucker Federal Bank** represented by **Gregory R. Crochet**  
Kutak Rock LLP  
3424 Peachtree Road, NE  
Suite 900  
Atlanta, GA 30326  
404-222-4600  
Fax: 404-222-4654  
Email: greg.crochet15@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lisa T. Millican**  
Greenfield Millican P.C.  
885 Glen Arden Way  
Atlanta, GA 30306  
404-522-1122  
Fax: 404-522-1133  
Email: lisa.millican@lawofficepc.com

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/29/2002 | 1 | COMPLAINT FOR FORFEITURE. summons issued. (adg) (Entered: 05/02/2002) |
| 05/09/2002 | 2 | Summons issued as to A. J. Rappaport (crc) (Entered: 05/10/2002) |
| 05/10/2002 | 3 | Return of service executed 5/8/02 for arrest of dft property. (crc) (Entered: 05/13/2002) |
| 05/24/2002 | 4 | Return of service executed 5/16/02 served on Karen Terrell of Tucker Federal with complaint and summons. (crc) (Entered: 05/29/2002) |
| 05/24/2002 | 5 | Return of service executed 5/16/02 as to A. J. Rappaport (crc) (Entered: 05/29/2002) |
| 06/06/2002 | 6 | CLAIM by Tucker Federal Bank entitled verified statement of interest. (crc) (Entered: 06/10/2002) |
| 06/06/2002 |   | Added attorneys for claimant: Gregory R. Crochet and Lisa T. Greenfield. (crc) (Entered: 06/10/2002) |
| 06/13/2002 | 8 | Stipulation of final settlement and release of all claims by USA, Tucker Federal Bank, with proposed order. (to TWT) (ck) (Entered: 06/14/2002) |
| 06/14/2002 | 7 | Return of service executed 6/13/02 as to publication (ck) (Entered: 06/14/2002) |
| 06/18/2002 | 9 | CONSENT ORDER by Judge Thomas W. Thrash, extending time to file a response [1-1] forfeiture complaint thru 07/31/2 (cc) (crc) (Entered: 06/20/2002) |
| 06/20/2002 | 10 | Return of service executed 6/14/02 Deposited $28,080 in asset forfeiture holding account pending final order and released vehicle to claimant per stipulation. (crc) (Entered: 06/21/2002) |
| 06/21/2002 | 11 | ENDORSED ORDER by Judge Thomas W. Thrash APPROVING [8-1] stipulation of final settlement and release of all claims by Tucker Federal Bank (cc) (crc) (Entered: 06/21/2002) |
| 06/21/2002 |   | Case terminated. (crc) (Entered: 06/21/2002) |
| 07/02/2002 |   | Proposed Consent order of forfeiture and final jgm. (to TWT). (crc) (Entered: 07/03/2002) |
| 07/03/2002 | 12 | CONSENT ORDER by Judge Thomas W. Thrash of forfeiture and final judgment (cc) (crc) (Entered: 07/08/2002) |
| 07/18/2002 | 13 | Return of service executed 7/15/02 per consent order $28,080.00 transfered as per final order. (crc) (Entered: 07/18/2002) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/20/2025 12:22:09 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cv-01132-TWT |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |