# EXHIBIT 5

Case 1:25-cv-03797-ELR     Document 14-7     Filed 10/20/25     Page 1 of 5

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:05-cv-01432-GET

United States of America v. $3,000.00 in United States Currency et al
Assigned to: Judge G. Ernest Tidwell
Cause: 21:881 Forfeiture Property-Drugs

Date Filed: 06/01/2005
Date Terminated: 04/11/2008
Jury Demand: None
Nature of Suit: 625 Drug Related Seizure of Property
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**　　represented by　**Dahil Dueno Goss**
Office of United States Attorney
Northern District of Georgia
75 Ted Turner Drive, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6245
Fax: 404-581-6234.
Email: dahil.goss@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**$3,000.00 in United States Currency**

**Defendant**

**$705.00 in United States Currency**

**Defendant**

**12 Western Union Money Orders Valued at $6,000.00**

**Defendant**

**One 2000 Mercedes Benz SL430, Vin No. WDBNG70J7YA074538**

**Claimant**

**Elden Pierre Hannah**　　represented by　**Elden Pierre Hannah**
1413 Hwy 17s #103
Surfside Beach, SC 29575
PRO SE

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 06/01/2005 | [1](#) | COMPLAINT for Forfeiture. Warrant of arrest, notice of seizure and summons issued. , filed by United States of America. (Attachments: # [1](#) 4 Summons and Warrant of Arrest of Property In Rem and Notice)(dcs) (Entered: 06/02/2005) |
| 06/10/2005 | [2](#) | Return of Service Executed by USMS as to defendant $705.00. Arrested defendant $705.00 in U. S. Currency. (CATS #05-DEA-447166) (epm) (Entered: 06/13/2005) |
| 06/10/2005 | [3](#) | Return of Service Executed by USMS as to defendant $3,000.00. Arrested defendant $3,000.00 in U. S. Currency. (CATS #05-DEA-447127) (epm) (Entered: 06/13/2005) |
| 06/10/2005 | [4](#) | Return of Service Executed by USMS as to defendant 12 Western Union Money Orders valued at $6,000.00. Arrested defendant 12 Western Union Money Orders valued at $6,000.00. (CATS #05-DEA-447168) (epm) (Entered: 06/13/2005) |
| 06/13/2005 | [5](#) | Return of Service Executed as to USMS as to defendant One 2000 Mercedes Benz SL430. Arrested defendant One 2000 Mercedes Benz SL430. (CATS #05-DEA-447173) (epm) (Entered: 06/13/2005) |
| 06/13/2005 | [6](#) | Summons Issued as to ELDEN PIERRE HANNAH. (epm) (Entered: 06/14/2005) |
| 06/13/2005 | [7](#) | Summons and Warrant of Arrest of Property in REM and Notice Issued as to 12 Western Union Money Orders Valued At $6,000.00. (epm) (Entered: 06/14/2005) |
| 06/13/2005 | [8](#) | Summons and Warrant of Arrest of Property in REM and Notice Issued as to $705.00 in United States Currency. (epm) (Entered: 06/14/2005) |
| 06/13/2005 | [9](#) | Summons and Warrant of Arrest of Property in REM and Notice Issued as to $3,000.00 in United States Currency. (epm) (Entered: 06/14/2005) |
| 06/13/2005 | [10](#) | Summons and Warrant of Arrest of Property in REM and Notice Issued as to One 2000 Mercedes Benz SL430, Vin No. WDBNG70J7YA074538. (epm) (Entered: 06/14/2005) |
| 09/09/2005 | [11](#) | Return of Service Executed as to Elden P. Hannah, c/o Attorney, Kenneth W. Ravenell. CATS #05-DEA-447127, 447166, 447168, 447173 (epm) Modified on 9/14/2005 to correct text. (epm). (Entered: 09/13/2005) |
| 11/03/2005 | [12](#) | MOTION for Clerk's Entry of Default by United States of America. (Attachments: # [1](#) Affidavit Declaration of Dahil D. Goss)(Goss, Dahil) (Entered: 11/03/2005) |
| 11/04/2005 | | Clerk's Entry of Default as to all potential clamaints including Elden P. Hannah. (jlm) (Entered: 11/04/2005) |
| 11/04/2005 | [13](#) | CERTIFICATE OF SERVICE filed by United States of America *Plaintiff's Request for Entry of Default* (Goss, Dahil) (Entered: 11/04/2005) |
| 11/09/2005 | [14](#) | SERVICE by Publication. Last publication date 10/31/05. (epm) (Entered: 11/10/2005) |
| 12/06/2005 | [15](#) | Summons Issued as to Elden Pierre Hannah (adg) (Entered: 12/07/2005) |
| 12/12/2005 | [16](#) | RETURN OF SERVICE EXECUTED re [15](#) Summons Issued filed by United States of America *to Elden Pierre Hannah* (Goss, Dahil) Modified on 12/15/2005 to correct docket text to accurately reflect e-filed pleading (epm). (Entered: 12/12/2005) |
| 12/27/2005 | [17](#) | ANSWER to Complaint filed by Elden Peirre Hannah. Discovery ends on 5/26/2006.(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/30/2005) |
| 01/13/2006 | [18](#) | Summons Issued as to SHERRY ANN JOHNSON. (epm) (Entered: 01/17/2006) |
| 01/27/2006 | [19](#) | Return of Service Executed as to Sherry Ann Johnson with the Complaint Package on 1/25/06. CATS #05-DEA-447127, 447166, 447168, 447123 (epm) (Entered: 01/27/2006) |

| | | |
|---|---|---|
| 03/15/2006 | 20 | MOTION to Stay *Proceedings* by United States of America. (Attachments: # 1 Certificate of Service)(Goss, Dahil) Modified on 3/16/2006 to indicate description of attachment (adg). (Entered: 03/15/2006) |
| 03/16/2006 | 21 | ORDER GRANTING plaintiff's 20 Motion to Stay Proceedings and to Administratively Terminate Action without prejudice to the right of the plaintiff to reopen within 60 days of notification of the resolution of the related pending criminal cases or any time prior to resolution, upon order of the Court. Signed by Judge G. Ernest Tidwell on 3/16/06. (jlm) (Entered: 03/16/2006) |
| 03/16/2006 | | Civil Case Terminated. (jlm) (Entered: 03/16/2006) |
| 03/06/2008 | 22 | MOTION for Order Lifting Stay and Reopening Case by United States of America. (Attachments: # 1 Text of Proposed Order Lifting Stay of Proceedings)(Goss, Dahil) Modified on 3/10/2008 to correct text to more accurately reflect e-filed pleading (sjk). (Entered: 03/06/2008) |
| 03/06/2008 | 23 | MOTION for Order and Judgment of Forfeiture by United States of America. (Attachments: # 1 Text of Proposed Order and Judgment of Forfeiture)(Goss, Dahil) Modified on 3/10/2008 to correct text to more closely reflect e-filed document (sjk). (Entered: 03/06/2008) |
| 03/06/2008 | 24 | NOTICE Of Filing Exhibit by United States of America re 23 MOTION for Order of Forfeiture (Goss, Dahil) Modified on 3/10/2008 (sjk). (Entered: 03/06/2008) |
| 03/25/2008 | | Submission of 22 MOTION for Order Lifting Stay and Reopening Case, 23 MOTION for Order and Judgment of Forfeiture, submitted to District Judge G. Ernest Tidwell. (jlm) (Entered: 03/25/2008) |
| 04/11/2008 | 25 | ORDER granting 22 Motion for Order Lifting Stay and Reopening Case so that the parties may proceed with the forfeiture against Defendant Properties. Signed by Judge G. Ernest Tidwell on 4/11/08. (ekb) (Entered: 04/14/2008) |
| 04/11/2008 | 26 | ORDER AND JUDGMENT OF FORFEITURE granting 22 Motion for Order and Judgment of Forfeiture entered as to the property. The United States Marshal Service shall dispose of the Defendant Property according to law. Signed by Judge G. Ernest Tidwell on 4/11/08. (ekb) Modified on 4/14/2008 to correct docket text (ekb). (Entered: 04/14/2008) |
| 04/11/2008 | | Civil Case Terminated. (ekb) (Entered: 04/14/2008) |
| 04/16/2008 | 27 | Return of Service Executed on 4/15/2008 Regarding Transfer of Funds. (alc) (Entered: 04/18/2008) |
| 04/16/2008 | 28 | Return of Service Executed on 4/15/2008 for Transfer of Funds. (alc) (Entered: 04/18/2008) |
| 04/23/2008 | 29 | Mail Returned as Undeliverable. Mail sent to Elden Pierre Hannah re 25 Order granting 22 Motion for Order Lifting Stay and Reopening Case so that the parties may proceed with the forfeiture against Defendant Properties. (alc) (Entered: 04/24/2008) |
| 04/30/2008 | 30 | Mail Returned as Undeliverable. Mail sent to Elden Pierre Hannah re 26 Order and Judgment of Forfeiture. (alc) (Entered: 05/01/2008) |
| 06/11/2008 | 31 | Return of Service Executed on 4/15/2008 for Transfer of Funds. (alc) (Entered: 06/11/2008) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/20/2025 12:28:05 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01432-GET |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |