# EXHIBIT 7

# Query

Query    Reports    Utilities    Help    Log Out

| WARNING: Search results from this screen are NOT subject to the 30 page limit on PACER charges. Please be as specific as possible with your search criteria. |
| --- |

**Search Clues**                                                                    [Mobile Query]

Case Number          [ 21-1532            ]    Cannot find case 21-1532

**or search by**

Case Status:         ○ Open    ○ Closed    ○ All

Filed Date           [              ]  to  [              ]

Last Entry Date      [              ]  to  [              ]

Nature of Suit
```
0 (zero)
110 (Insurance)
120 (Contract: Marine)
```

Cause of Action
```
0 (No cause code entered)
00:0000 (00:0000 Cause Code Unknown)
02:0431 (02:431 Fed. Election Commission: Failure Enforce Compliance)
```

Last/Business Name   [              ] [•••]   ☐ Exact matches only

First Name           [              ]      Middle Name [              ]

Type                 [        ▼]

[Run Query]  [Clear]