# **EXHIBIT 8**

Query     Reports     Utilities     Help     Log Out

# Select A Person

### There were 11 matching people.

| | |
|---|---|
| [Vintage Wine Estates, Inc](#) | (pty) [defendant] |
| [Vintage Wine Estates, Inc](#) | (pty) [counter-claimant] |
| [Vintage Wine Estates, Inc](#) | (pty) [counter-defendant] |
| [Vintage Wine Estates, Inc](#) | (pty) [plaintiff] |
| [Vintage Wine Estates, Inc.](#) | (pty) [counter-defendant] |
| [Vintage Wine Estates, Inc.](#) | (pty) [defendant] |
| [Vintage Wine Estates, Inc.](#) | (pty) [plaintiff] |
| [Vintage Wine Estates, Inc.](#) | (pty) [defendant] |
| [Vintage Wine Estates, Inc., dba Sonoma Coast Vineyards](#) | (pty) [defendant] |
| [Vintage Wine Shoppe & Liqour](#) | (pty) [defendant] |
| [Vintage Wine Shoppe & Liquor](#) | (pty) [defendant] |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/20/2025 09:48:57 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Search | **Search Criteria:** | Last Name: vintage wine |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |