# EXHIBIT 9

Query     Reports     Utilities     Help     Log Out

ADRMOP,AO279,CLOSED,MEDTERM,PRVADR

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:16-cv-00988-EJD

| | |
|---|---|
| Vintage Wine Estates, Inc v. Cohn et al | Date Filed: 02/29/2016 |
| Assigned to: Hon. Edward J. Davila | Date Terminated: 10/07/2016 |
| Referred to: Magistrate Judge Nathanael M. Cousins | Jury Demand: Both |
| Cause: 15:1114 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Vintage Wine Estates, Inc**   represented by   **J. Scott Gerien**
Dickenson Peatman Fogarty
1500 First Street
Suite 200
Napa, CA 94559-2822
707-252-7122
Email: sgerien@dpf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher James Passarelli**
Dickenson Peatman & Fogarty
1455 First Street, Suite 301
Napa, CA 94559
(707) 252-7122
Fax: (707) 255-6876
Email: cp@dpf-law.com
*ATTORNEY TO BE NOTICED*

**Corinna M.W. Charlton ,**
Dickenson Peatman and Fogarty
1455 First St., Ste. 301
Napa, CA 94559
707-252-7122
Fax: 707-255-6876
Email: ccharlton@dpf-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel A Cohn**   represented by   **Gregg A. Paradise**
*an individual*                    Lerner David Littenberg Krumholz and
Mentlik LLP
20 COMMERCE DRIVE
CRANFORD, NJ 07016

                                                                United Sta
                                                                908-654-5000
                                                                Email: gparadise@ldlkm.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William L. Mentlik**
                                                                Lerner, David, Littenberg, Krumholz and Mentlik, LLP
                                                                20 COMMERCE DRIVE
                                                                CRANFORD, NJ 07016
                                                                United Sta
                                                                908-654-5000
                                                                Email: wmentlik@lernerdavid.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Daniel Abell Reidy**
                                                                Reidy Law Group
                                                                1230 Spring St
                                                                St. Helena, CA 94574
                                                                707-963-3030
                                                                Fax: 707-963-3130
                                                                Email: dan@reidylawgroup.com
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Cohn Wine Cellars LLC**                represented by   **Gregg A. Paradise**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William L. Mentlik**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Daniel Abell Reidy**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Dan Cohn Wine Cellars LLC**                represented by   **Daniel Abell Reidy**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Daniel A Cohn**                             represented by   **Daniel Abell Reidy**
*an individual*                                                 (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


V.
**Counter-defendant**

**Vintage Wine Estates, Inc**                 represented by   **J. Scott Gerien**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christopher James Passarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Corinna M.W. Charlton ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Vintage Wine Estates, Inc**     represented by     **J. Scott Gerien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher James Passarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Corinna M.W. Charlton ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Daniel A Cohn**     represented by     **Gregg A. Paradise**
*an individual*
(See above for address)
*ATTORNEY TO BE NOTICED*

**William L. Mentlik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Abell Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Dan Cohn Wine Cellars LLC**     represented by     **Gregg A. Paradise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William L. Mentlik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Abell Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2016 | 1 | COMPLAINT against Daniel A Cohn, Dan Cohn Wine Cellars LLC ( Filing fee $ 400, receipt number 0971-10251183.). Filed byVintage Wine Estates, Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons Daniel A. Cohn, # 3Proposed Summons Dan Cohn Wine Cellars LLC)(Gerien, J.) (Filed on 2/29/2016) Modified on 3/1/2016 (aaaS, COURT STAFF). Modified on 3/31/2016 (cv, COURT STAFF). (Entered: 02/29/2016) |
| 02/29/2016 | 2 | Certificate of Interested Entities by Vintage Wine Estates, Inc identifying Other Affiliate Leslie Rudd, Other Affiliate Samantha Rudd, Other Affiliate Patrick Roney, Other Affiliate Laura Roney, Other Affiliate Chuck Sweeney, Other Affiliate Marco DiGiulio, Other Affiliate Anne Stewart, Other Affiliate Sean Roney for Vintage Wine Estates, Inc. (Gerien, J.) (Filed on 2/29/2016) (Entered: 02/29/2016) |
| 03/01/2016 | 3 | Case assigned to Magistrate Judge Jacqueline Scott Corley.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. by 3/15/2016. (haS, COURT STAFF) (Filed on 3/1/2016) (Entered: 03/01/2016) |
| 03/01/2016 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines:** Case Management Statement due by 5/26/2016. Case Management Conference set for 6/2/2016 01:30 PM. Signed by Magistrate Judge Jacqueline Scott Corley on 3/1/16. (Attachments: # 1 JSC Standing Order, # 2 Standing Order)(aaaS, COURT STAFF) (Filed on 3/1/2016) (Entered: 03/01/2016) |
| 03/01/2016 | 5 | Summons Issued as to Daniel A Cohn. (aaaS, COURT STAFF) (Filed on 3/1/2016) (Entered: 03/01/2016) |
| 03/01/2016 | 6 | Summons Issued as to Dan Cohn Wine Cellars LLC. (aaaS, COURT STAFF) (Filed on 3/1/2016) (Entered: 03/01/2016) |
| 03/01/2016 | 7 | REPORT on the filing or determination of an action regarding:**TRADEMARK INFRINGEMENT** (cc: form mailed to register). (aaaS, COURT STAFF) (Filed on 3/1/2016) (Entered: 03/01/2016) |
| 03/04/2016 | 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Vintage Wine Estates, Inc.. (Gerien, J.) (Filed on 3/4/2016) (Entered: 03/04/2016) |
| 03/04/2016 | 9 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. |

| | | |
|---|---|---|
| | | *This is a text only docket entry; there is no document associated with this notice.* (ahm, COURT STAFF) (Filed on 3/4/2016) (Entered: 03/04/2016) |
| 03/04/2016 | 10 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Edward J. Davila for all further proceedings. Magistrate Judge Jacqueline Scott Corley no longer assigned to the case.. Signed by Executive Committee on 3/4/16. (as, COURT STAFF) (Filed on 3/4/2016) (Entered: 03/04/2016)** |
| 03/07/2016 | 11 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT FROM MAGISTRATE JUDGE. Joint Case Management Statement due by 6/9/2016. Initial Case Management Conference set for 6/16/2016 10:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. The Court does not issue a revised Initial Case Management Scheduling Order with ADR Deadlines. Standing orders can be downloaded from the court's web page at http://cand.uscourts.gov/ejdorders *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecg, COURT STAFF) (Filed on 3/7/2016) (Entered: 03/07/2016) |
| 03/24/2016 | 12 | *Dan Cohn Wine Cellars LLC and Daniel Cohn's* ANSWER to Complaint with Jury Demand *and*, COUNTERCLAIM against Vintage Wine Estates, Inc byDan Cohn Wine Cellars LLC, Daniel A Cohn. (Attachments: # 1 Certificate/Proof of Service)(Reidy, Daniel) (Filed on 3/24/2016) (Entered: 03/24/2016) |
| 03/24/2016 | 13 | Certificate of Interested Entities by Dan Cohn Wine Cellars LLC identifying Corporate Parent Dan Cohn Wine Cellars LLC, Other Affiliate Daniel A. Cohn, Other Affiliate 72 Wine Club, LLC, Other Affiliate John F. Kennedy, Other Affiliate Mike C. Anderson, Other Affiliate Ocean Recovery, LLC, Other Affiliate Daniel C. Vittone, Other Affiliate FMM Consultants LLC, Other Affiliate Eric McCrath for Dan Cohn Wine Cellars LLC, Dan Cohn Wine Cellars LLC. (Attachments: # 1 Certificate/Proof of Service)(Reidy, Daniel) (Filed on 3/24/2016) (Entered: 03/24/2016) |
| 03/30/2016 | 14 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10331466.) filed by Daniel A Cohn, Dan Cohn Wine Cellars LLC. (Attachments: # 1 Certificate of Good Standing)(Mentlik, William) (Filed on 3/30/2016) (Entered: 03/30/2016) |
| 03/30/2016 | 15 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10331579.) filed by Daniel A Cohn, Dan Cohn Wine Cellars LLC. (Attachments: # 1 Certificate of Good Standing)(Paradise, Gregg) (Filed on 3/30/2016) (Entered: 03/30/2016) |
| 03/31/2016 | 16 | **Order Granting 14 Motion for Pro Hac Vice for Attorney William Mentlik for Defendants. Signed by Hon. Edward J. Davila on 3/31/2016.(ecg, COURT STAFF) (Filed on 3/31/2016) (Entered: 03/31/2016)** |
| 03/31/2016 | 17 | **Order Granting 15 Motion for Pro Hac Vice of Attorney Gregg Paradise for Defendants. Signed by Hon. Edward J. Davila on 3/31/2016.(ecg, COURT STAFF) (Filed on 3/31/2016) (Entered: 03/31/2016)** |
| 04/14/2016 | 18 | *PLAINTIFF/COUNTERDEFENDANT'S* ANSWER to Counterclaim , COUNTERCLAIM *FOR DECLARATORY RELIEF* against Daniel A Cohn, Dan Cohn Wine Cellars LLC byVintage Wine Estates, Inc. (Gerien, J.) (Filed on 4/14/2016) (Entered: 04/14/2016) |
| 05/03/2016 | 19 | ANSWER TO COUNTERCLAIM *DEFENDANTS/COUNTERPLAINTIFFS' ANSWER TO PLAINTIFFS/COUNTERDEFENDANT'S COUNTERCLAIM FOR DECLARATORY RELIEF* byDaniel A Cohn, Dan Cohn Wine Cellars LLC. (Attachments: # 1 Certificate/Proof of Service)(Reidy, Daniel) (Filed on 5/3/2016) (Entered: 05/03/2016) |

| | | |
|---|---|---|
| 05/27/2016 | 20 | STIPULATION and Proposed Order selecting Mediation by Vintage Wine Estates, Inc filed by Vintage Wine Estates, Inc. (Gerien, J.) (Filed on 5/27/2016) (Entered: 05/27/2016) |
| 05/31/2016 | 21 | **Order Granting 20 Stipulation selecting Mediation. Signed by Hon. Edward J. Davila on 8/31/2016.** (ecg, COURT STAFF) (Filed on 5/31/2016) (Entered: 05/31/2016) |
| 06/09/2016 | 22 | JOINT CASE MANAGEMENT STATEMENT *AND [PROPOSED] ORDER* filed by Vintage Wine Estates, Inc. (Gerien, J.) (Filed on 6/9/2016) (Entered: 06/09/2016) |
| 06/10/2016 | 23 | **CASE MANAGEMENT ORDER: The 6/16/2016 Case Management Conference is VACATED. Trial Setting Conference set for 12/15/2016 at 11:00 AM before Hon. Edward J. Davila. Joint Trial Setting Conference Statement due by 12/5/2016. Signed by Hon. Edward J. Davila on 6/10/2016.** (ofr, COURT STAFF) (Filed on 6/10/2016) (Entered: 06/10/2016) |
| 06/14/2016 | 24 | ADR Clerk's Notice Appointing Melinda Morton as Mediator. (cmf, COURT STAFF) (Filed on 6/14/2016) (Entered: 06/14/2016) |
| 08/02/2016 | 25 | STIPULATION and Proposed Order selecting Private ADR by Vintage Wine Estates, Inc *and Dan Cohn Wine Cellars LLC* filed by Vintage Wine Estates, Inc. (Gerien, J.) (Filed on 8/2/2016) (Entered: 08/02/2016) |
| 08/03/2016 | 26 | **ORDER Granting 25 Stipulation selecting Private ADR - MEDIATION. Signed by Judge Edward J. Davila on 8/3/2016.** (amkS, COURT STAFF) (Filed on 8/3/2016) (Entered: 08/03/2016) |
| 08/15/2016 | 27 | Proposed Order *Stipulated Protective Order* by Vintage Wine Estates, Inc. (Gerien, J.) (Filed on 8/15/2016) (Entered: 08/15/2016) |
| 08/24/2016 | 28 | **STIPULATED PROTECTIVE ORDER. Signed by Judge Nathanael Cousins on 8/24/2016.** (lmh, COURT STAFF) (Filed on 8/24/2016) (Entered: 08/24/2016) |
| 10/05/2016 | 29 | STIPULATION *DISMISSAL OF ALL CLAIMS* filed by Vintage Wine Estates, Inc. (Gerien, J.) (Filed on 10/5/2016) (Entered: 10/05/2016) |
| 10/07/2016 | 30 | **ORDER granting 29 Stipulated Dismissal of All Claims. All hearings and deadlines are terminated the Clerk shall close this file. Signed by Judge Edward J. Davila on 10/7/2016.** (ejdlc1S, COURT STAFF) (Filed on 10/7/2016) (Entered: 10/07/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2025 09:50:28 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Docket Report | **Search Criteria:** | 5:16-cv-00988-EJD |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |