# EXHIBIT 10

Query      Reports      Utilities      Help    Log Out

# Select A Case

**Vintage Wine Estates, Inc. is a plaintiff in 2 cases.**

| | | |
|---|---|---|
| 3:20-cv-00101-MMC | Vintage Wine Estates, Inc. v. Royal & Sun Alliance Insurance plc et al | filed 01/03/20   closed 12/29/20 |
| 4:19-cv-06636-JSW | Kunde Enterprises, Inc. et al v. National Surety Corporation et al | filed 10/16/19   closed 01/04/23 |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/20/2025 09:53:59 | | |
| **PACER Login:** Rgentry19 | **Client Code:** | PageInjury |
| **Description:** Search | **Search Criteria:** | Last Name: vintage wine |
| **Billable Pages:** 1 | **Cost:** | 0.10 |