# EXHIBIT 11

Query     Reports     Utilities     Help     Log Out

ADRMOP,CLOSED,PRVADR

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:20-cv-00101-MMC

Vintage Wine Estates, Inc. v. Royal & Sun Alliance Insurance plc et al
Assigned to: Judge Maxine M. Chesney
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 01/03/2020
Date Terminated: 12/29/2020
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Vintage Wine Estates, Inc.**     represented by    **John Michael Wilson**
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
858-523-5400
Fax: 858-523-5450
Email: john.wilson@lw.com
*ATTORNEY TO BE NOTICED*

**Melanie Grindle**
Latham Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
UNITED STA
858-523-5400
Fax: 858-523-5450
Email: melanie.grindle@lw.com
*ATTORNEY TO BE NOTICED*

**Steven B. Lesan**
Latham and Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
Email: steven.lesan@lw.com
*ATTORNEY TO BE NOTICED*

**Brook Blaine Roberts**
Latham Watkins LLP
12670 High Bluff Drive
San Diego, CA 92101-3375
858-523-5400
Fax: 858-523-5450
Email: brook.roberts@lw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Royal & Sun Alliance Insurance plc** | represented by | **George Geoffrey Robb**<br>Gibson Robb & Lindh<br>1255 Powell Street<br>Emeryville, CA 94608<br>415-348-6000<br>Fax: 415-231-0037<br>Email: grobb@gibsonrobb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anna Gourgiotopoulou**<br>Lewis Brisbois Bisgaard & Smith<br>45 Fremont Street<br>Ste 3000<br>San Francisco, CA 94105<br>415-323-4460<br>Fax: 415-323-4445<br>Email: anna.gourgio@lewisbrisbois.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Luanne Tommey**<br>Gibson Robb & Lindh<br>1255 Powell Street<br>Emeryville, CA 94608<br>415-348-6000<br>Fax: 415-231-0037<br>Email: efiling@gibsonrobb.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Liberty Syndicate 4472** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Navigators Syndicate 1221** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anna Gourgiotopoulou** |

(See above for address)  
*ATTORNEY TO BE NOTICED*

**Michelle Luanne Tommey**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**
**Brit Syndicate 2987** represented by **George Geoffrey Robb**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anna Gourgiotopoulou**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Michelle Luanne Tommey**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**
**Travelers Syndicate 5000** represented by **George Geoffrey Robb**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anna Gourgiotopoulou**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Michelle Luanne Tommey**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Counter-claimant**
**Travelers Syndicate 5000** represented by **George Geoffrey Robb**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anna Gourgiotopoulou**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Michelle Luanne Tommey**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Counter-claimant**
**Navigators Syndicate 1221** represented by **George Geoffrey Robb**  
(See above for address)  
*LEAD ATTORNEY*

|  |  |
|---|---|
|  | ATTORNEY TO BE NOTICED |
|  | **Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter-claimant** |  |
| **Liberty Syndicate 4472** represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter-claimant** |  |
| **Royal & Sun Alliance Insurance plc** represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter-claimant** |  |
| **Brit Syndicate 2987** represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Vintage Wine Estates, Inc.** | represented by | **John Michael Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melanie Grindle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven B. Lesan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Brook Blaine Roberts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Travelers Syndicate 5000** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Liberty Syndicate 4472** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Royal & Sun Alliance Insurance plc** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anna Gourgiotopoulou**<br>(See above for address) |

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Navigators Syndicate 1221** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Brit Syndicate 2987** | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Anna Gourgiotopoulou**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michelle Luanne Tommey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Vintage Wine Estates, Inc.** | represented by | **John Michael Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melanie Grindle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven B. Lesan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Brook Blaine Roberts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2020 | 1 | COMPLAINT *for Breach of Contract, Declaratory Relief, and Breach of the Covenant of Good Faith and Fair Dealing* against Brit Syndicate 2987, Liberty Syndicate 4472, Navigators Syndicate 1221, Royal & Sun Alliance Insurance plc, Travelers Syndicate 5000 ( Filing fee $ 400, receipt number 0971-14036921.). Filed byVintage Wine Estates, Inc.. (Attachments: # 1 Civil Cover Sheet)(Roberts, Brook) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 2 | NOTICE of Appearance by Brook Blaine Roberts *on behalf of Plaintiff Vintage Wine Estates, Inc.* (Roberts, Brook) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 3 | NOTICE of Appearance by John Michael Wilson *on behalf of Plaintiff Vintage Wine Estates, Inc.* (Wilson, John) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 4 | Case assigned to Magistrate Judge Kandis A. Westmore. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 1/17/2020. (ajsS, COURT STAFF) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 5 | NOTICE of Appearance by Steven B. Lesan *on behalf of Plaintiff Vintage Wine Estates, Inc.* (Lesan, Steven) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 6 | NOTICE of Appearance by Melanie Jean Grindle *on behalf of Plaintiff Vintage Wine Estates, Inc.* (Grindle, Melanie) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 7 | Certificate of Interested Entities by Vintage Wine Estates, Inc. (Roberts, Brook) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 8 | Corporate Disclosure Statement by Vintage Wine Estates, Inc. (Roberts, Brook) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/03/2020 | 9 | Proposed Summons. (Roberts, Brook) (Filed on 1/3/2020) (Entered: 01/03/2020) |
| 01/06/2020 | 10 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 3/31/2020. Initial Case Management Conference set for 4/7/2020 01:30 PM. (jjbS, COURT STAFF) (Filed on 1/6/2020) (Entered: 01/06/2020)** |
| 01/06/2020 | 11 | Summons Issued as to Brit Syndicate 2987, Liberty Syndicate 4472, Navigators Syndicate 1221, Royal & Sun Alliance Insurance plc, Travelers Syndicate 5000. (jjbS, COURT STAFF) (Filed on 1/6/2020) (Entered: 01/06/2020) |
| 01/13/2020 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Vintage Wine Estates, Inc... (Roberts, Brook) (Filed on 1/13/2020) (Entered: 01/13/2020) |
| 01/13/2020 | 13 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary |

| | | |
|---|---|---|
| | | consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (dtmS, COURT STAFF) (Filed on 1/13/2020) (Entered: 01/13/2020) |
| 01/14/2020 | 14 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Maxine M. Chesney for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by the Clerk on 01/14/2020. (Attachments: # 1** Notice of Eligibility for Video Recording) (ajsS, COURT STAFF) (Filed on 1/14/2020) (Entered: 01/14/2020) |
| 01/14/2020 | 15 | **CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 4/10/2020 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor. Joint Case Management Statement due by 4/3/2020.. Signed by Judge Maxine M. Chesney on 1/14/20. (Attachments: # 1** Standing Order for Judge Maxine M. Chesney, # **2** Standing Order for All Judges)(tlS, COURT STAFF) (Filed on 1/14/2020) (Entered: 01/14/2020) |
| 01/30/2020 | 16 | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT.** Signed by Judge Maxine M. Chesney on January 30, 2020. (mmclc2, COURT STAFF) (Filed on 1/30/2020) (Entered: 01/30/2020) |
| 03/18/2020 | 17 | CLERK'S NOTICE - THE APRIL 10, 2020 INITIAL CASE MANAGEMENT CONFERENCE WILL BE HELD TELEPHONICALLY. The Court will initiate the call. Counsel are directed to contact the Court Clerk and provide the name and direct phone number of counsel who will be participating in the conference call.. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tlS, COURT STAFF) (Filed on 3/18/2020) (Entered: 03/18/2020) |
| 03/20/2020 | 18 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *By Parties and Counsel* (Roberts, Brook) (Filed on 3/20/2020) (Entered: 03/20/2020) |
| 03/24/2020 | 19 | STIPULATION WITH PROPOSED ORDER *to Continue Case Management Conference and Related Deadlines* filed by Vintage Wine Estates, Inc.. (Attachments: # 1 Declaration of Steven B. Lesan)(Lesan, Steven) (Filed on 3/24/2020) (Entered: 03/24/2020) |
| 03/25/2020 | 20 | **ORDER APPROVING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.** The Case Management Conference is continued to June 12, 2020. All related deadlines shall be adjusted accordingly. Signed by Judge Maxine M. Chesney on March 25, 2020. (mmclc2, COURT STAFF) (Filed on 3/25/2020) (Entered: 03/25/2020) |
| 03/25/2020 | | Set/Reset Deadlines:, Set/Reset Hearing re 20 Order,, Terminate Motions, Joint Case Management Statement due by 6/5/2020. Initial Case Management Conference reset to 6/12/2020 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor. (tlS, COURT STAFF) (Filed on 3/25/2020) (Entered: 03/25/2020) |
| 03/26/2020 | 21 | WAIVER OF SERVICE Returned Executed filed by Vintage Wine Estates, Inc.. Service waived by Royal & Sun Alliance Insurance plc waiver sent on 3/20/2020, answer due 5/19/2020. (Roberts, Brook) (Filed on 3/26/2020) (Entered: 03/26/2020) |

| | | |
|---|---|---|
| 03/26/2020 | 22 | WAIVER OF SERVICE Returned Executed filed by Vintage Wine Estates, Inc.. Service waived by Brit Syndicate 2987 waiver sent on 3/20/2020, answer due 5/19/2020. (Roberts, Brook) (Filed on 3/26/2020) (Entered: 03/26/2020) |
| 03/26/2020 | 23 | WAIVER OF SERVICE Returned Executed filed by Vintage Wine Estates, Inc.. Service waived by Liberty Syndicate 4472 waiver sent on 3/20/2020, answer due 5/19/2020. (Roberts, Brook) (Filed on 3/26/2020) (Entered: 03/26/2020) |
| 03/26/2020 | 24 | WAIVER OF SERVICE Returned Executed filed by Vintage Wine Estates, Inc.. Service waived by Navigators Syndicate 1221 waiver sent on 3/20/2020, answer due 5/19/2020. (Roberts, Brook) (Filed on 3/26/2020) (Entered: 03/26/2020) |
| 03/26/2020 | 25 | WAIVER OF SERVICE Returned Executed filed by Vintage Wine Estates, Inc.. Service waived by Travelers Syndicate 5000 waiver sent on 3/20/2020, answer due 5/19/2020. (Roberts, Brook) (Filed on 3/26/2020) (Entered: 03/26/2020) |
| 05/19/2020 | 26 | ANSWER to Complaint with Jury Demand , COUNTERCLAIM against Vintage Wine Estates, Inc. byTravelers Syndicate 5000, Navigators Syndicate 1221, Liberty Syndicate 4472, Royal & Sun Alliance Insurance plc, Brit Syndicate 2987. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Robb, George) (Filed on 5/19/2020) (Entered: 05/19/2020) |
| 05/19/2020 | 27 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Robb, George) (Filed on 5/19/2020) (Entered: 05/19/2020) |
| 05/20/2020 | 28 | NOTICE of Appearance by Michelle Luanne Tommey (Tommey, Michelle) (Filed on 5/20/2020) (Entered: 05/20/2020) |
| 05/20/2020 | 29 | NOTICE of Appearance by Anna Gourgiotopoulou (Gourgiotopoulou, Anna) (Filed on 5/20/2020) (Entered: 05/20/2020) |
| 05/22/2020 | 30 | Certificate of Interested Entities by Brit Syndicate 2987, Liberty Syndicate 4472, Navigators Syndicate 1221, Royal & Sun Alliance Insurance plc, Travelers Syndicate 5000 identifying Corporate Parent Brit Limited, Other Affiliate Brit Syndicates Limited, Other Affiliate Brit UW Limited, Other Affiliate Fairfax Financial Holdings Limited and OMERS for Brit Syndicate 2987; Corporate Parent The Travelers Indemnity Company, Corporate Parent Aprilgrange Limited, Other Affiliate F&G UK Underwriters Limited for Travelers Syndicate 5000; Corporate Parent Liberty Mutual Holding Company, Inc., Corporate Parent Liberty International Holdings Inc., Other Affiliate Liberty Corporate Capital Limited (LCCL) for Liberty Syndicate 4472; Corporate Parent The Navigators Group, Inc., Corporate Parent Navigators Holdings (UK) Limited, Other Affiliate The Hartford Financial Services Group, Inc., Other Affiliate Navigators Corporate Underwriters Limited (NCUL) for Navigators Syndicate 1221; Corporate Parent RSA Insurance Group PLC for Royal & Sun Alliance Insurance plc. (Tommey, Michelle) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/29/2020 | 31 | CLERK'S NOTICE - THE JUNE 12, 2020 INITIAL CASE MANAGEMENT CONFERENCE WILL BE HELD TELEPHONICALLY. The Court will initiate the call. Counsel are directed to be on telephone stand-by from 10:30 AM until called by the court. Please provide the name and direct phone number of counsel who will be participating in the conference call to the following address: mmccrd@cand.uscourts.gov.. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tlS, COURT STAFF) (Filed on 5/29/2020) (Entered: 05/29/2020) |
| 06/05/2020 | 32 | JOINT CASE MANAGEMENT STATEMENT *and [Proposed Order]* filed by Vintage Wine Estates, Inc.. (Roberts, Brook) (Filed on 6/5/2020) (Entered: 06/05/2020) |

| | | |
|---|---|---|
| 06/09/2020 | 33 | CLERK'S NOTICE - PROVIDING CALL-IN INFORMATION FOR INITIAL CASE MANAGEMENT CONFERENCE ON JUNE 12, 2020 AT 10:30 AM - Due to the number of attorneys participating in the conference call - the Court circulates the following conference number: Dial In: 888-684-8852, Access Code: 1047951.. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tlS, COURT STAFF) (Filed on 6/9/2020) (Entered: 06/09/2020) |
| 06/09/2020 | 34 | ANSWER to 26 Counterclaim *for Declaratory Relief Against Plaintiff Vintage Wine Estates, Inc.* byVintage Wine Estates, Inc. (Roberts, Brook) (Filed on 6/9/2020) Modified on 6/10/2020 (mclS, COURT STAFF). (Entered: 06/09/2020) |
| 06/10/2020 | | Electronic filing error. Document not properly linked. [err102]Corrected by Clerk's Office. No further action is necessary. Re: 34 Answer to Counterclaim filed by Vintage Wine Estates, Inc. (mclS, COURT STAFF) (Filed on 6/10/2020) (Entered: 06/10/2020) |
| 06/12/2020 | 35 | **Minute Entry for proceedings held before Judge Maxine M. Chesney: Initial Case Management Conference held on 6/12/2020., Case referred to Private ADR. Amended Pleadings due by 9/9/2020. Close of Expert Discovery due by 9/21/2021. Close of Fact Discovery due by 6/30/2021. Designation of Experts due by 7/30/2021. Dispositive Motion due by 10/12/2021. Rebuttal Reports due by 8/25/2021. Final Pretrial Conference set for 2/1/2022 10:00 AM in San Francisco, Courtroom 07, 19th Floor. Jury Selection/Jury Trial (5-10 days) set for 2/14/2022 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Further Status Conference (BY PHONE) set for 10/1/2021 10:30 AM before Judge Maxine M. Chesney. Joint Status Conference Statement due 9/24/2021.Total Time in Court: 17 minutes. Not Reported or Recorded. Plaintiff Attorney: John Wilson, Melanie Grindle, Steven Lesan. Defendant Attorney: Geoffrey Robb. Attachment: Civil Minutes. (tlS, COURT STAFF) (Date Filed: 6/12/2020) (Entered: 06/12/2020)** |
| 06/12/2020 | 36 | **PRETRIAL PREPARATION ORDER. Signed by Judge Maxine M. Chesney on 6/12/2020. (tlS, COURT STAFF) (Filed on 6/12/2020) (Entered: 06/12/2020)** |
| 09/08/2020 | 37 | STIPULATION *for Filing of Amended and Supplemental Answer and Counterclaim by Defendants Royal & Sun Alliance Insurance PLC and Certain Underwriters at Lloyds London as Follows: Liberty Syndicate 4472, Navigators Syndicate 1221, Brit Syndicate 2987, And Travelers Syndicate 5000* filed by Brit Syndicate 2987, Liberty Syndicate 4472, Navigators Syndicate 1221, Royal & Sun Alliance Insurance plc, Travelers Syndicate 5000. (Attachments: # 1 Exhibit A)(Tommey, Michelle) (Filed on 9/8/2020) (Entered: 09/08/2020) |
| 09/09/2020 | 38 | *Amended AND Supplemental* ANSWER to Complaint with Jury Demand , Amended COUNTERCLAIM against Vintage Wine Estates, Inc. byTravelers Syndicate 5000, Liberty Syndicate 4472, Royal & Sun Alliance Insurance plc, Navigators Syndicate 1221, Brit Syndicate 2987. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Robb, George) (Filed on 9/9/2020) (Entered: 09/09/2020) |
| 09/23/2020 | 39 | ANSWER TO COUNTERCLAIM *(Answer to 38 Amended and Supplemental Counterclaim for Declaratory Relief; Demand for Jury Trial)* byVintage Wine Estates, Inc.. (Roberts, Brook) (Filed on 9/23/2020) (Entered: 09/23/2020) |
| 10/27/2020 | 40 | STIPULATION WITH PROPOSED ORDER *(Stipulated and [Proposed] Protective Order)* filed by Vintage Wine Estates, Inc.. (Roberts, Brook) (Filed on 10/27/2020) (Entered: 10/27/2020) |
| 10/28/2020 | 41 | **STIPULATED PROTECTIVE ORDER.** Signed by Judge Maxine M. Chesney on October 28, 2020. (mmclc2, COURT STAFF) (Filed on 10/28/2020) (Entered: 10/28/2020) |

| | | |
|---|---|---|
| 12/29/2020 | 42 | STIPULATION WITH PROPOSED ORDER *(Stipulation Regarding Dismissal and [Proposed] Stipulated Order of Dismissal)* filed by Vintage Wine Estates, Inc.. (Roberts, Brook) (Filed on 12/29/2020) (Entered: 12/29/2020) |
| 12/29/2020 | 43 | **ORDER APPROVING STIPULATION REGARDING DISMISSAL.** Signed by Judge Maxine M. Chesney on December 29, 2020. (mmclc2, COURT STAFF) (Filed on 12/29/2020) (Entered: 12/29/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2025 09:54:18 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-00101-MMC |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |