# EXHIBIT 12

Query   Reports   Utilities   Help   Log Out

ADRMOP,CLOSED,REFDIS

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:19-cv-06636-JSW

| | |
|---|---|
| Kunde Enterprises, Inc. et al v. National Surety Corporation et al | Date Filed: 10/16/2019 |
| Assigned to: Judge Jeffrey S. White | Date Terminated: 01/04/2023 |
| Referred to: Magistrate Judge Laurel Beeler | Jury Demand: Plaintiff |
| Case in other court:  Sonoma County Superior Court, SCV-265061 | Nature of Suit: 110 Insurance |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Kunde Enterprises, Inc.**   represented by   **Brook Blaine Roberts**
Latham Watkins LLP
12670 High Bluff Drive
San Diego, CA 92101-3375
858-523-5400
Fax: 858-523-5450
Email: brook.roberts@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Tabb**
Latham Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
858-523-5400
Fax: 858-523-5450
Email: jimmy.tabb@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee Huggins**
Meyers Nave
600 B Street, Suite 1650
San Diego, CA 92101
619-330-1700
Fax: 619-330-1701
Email: mhuggins@meyersnave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Wilson**
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
858-523-5400
Fax: 858-523-5450

Email: john.wilson@lw.com
*ATTORNEY TO BE NOTICED*

**Melanie Grindle**
Latham & tkins LLP
12670 High Bluff Drive
San Diego, CA 92130
858-523-5400
Fax: 858-523-5450
Email: melanie.grindle@lw.com
*ATTORNEY TO BE NOTICED*

**Steven B. Lesan**
Latham and Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
Fax:
Email: steven.lesan@lw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Vintage Wine Estates, Inc.**<br>*TERMINATED: 12/18/2019* | represented by | **Brook Blaine Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melanie Grindle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven B. Lesan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **National Surety Corporation** | represented by | **Melissa Andrea Dubbs**<br>Mound Cotton Wollan & Greegrass LLP<br>2200 Powell Street, Suite 1050<br>Emeryville, CA 94608<br>510.900.9371<br>Fax: 510.900.9381<br>Email: mdubbs@moundcotton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Gross** |

Mound Cotton Wollan & Greengrass
2200 Powell Street, Suite 1050
Emeryville, CA 94608
(510) 900-9371
Fax: (510) 900-9381
Email: jgross@moundcotton.com
*ATTORNEY TO BE NOTICED*

**Kathleen M. DeLaney**
Usery & Associates
401 Lennon Lane
Suite 125
Suite 125
Walnut Creek, CA 94598
925-746-3939
Fax: 844-571-3789
Email: kdelane5@travelers.com
*TERMINATED: 04/01/2022*

**Defendant**

**Certain Underwriters at Lloyd's London**
*TERMINATED: 12/18/2019*

represented by **George Geoffrey Robb**
Gibson Robb & Lindh
1255 Powell Street
Emeryville, CA 94608
415-348-6000
Fax: 415-231-0037
Email: grobb@gibsonrobb.com
*TERMINATED: 12/18/2019*
*LEAD ATTORNEY*

**Anna Gourgiotopoulou**
Lewis Brisbois Bisgaard & Smith
45 Fremont Street
Ste 3000
San Francisco, CA 94105
415-323-4460
Fax: 415-323-4445
Email: anna.gourgio@lewisbrisbois.com
*TERMINATED: 06/21/2021*

**Michelle Luanne Tommey**
Gibson Robb & Lindh
1255 Powell Street
Emeryville, CA 94608
415-348-6000
Fax: 415-231-0037
Email: efiling@gibsonrobb.com
*TERMINATED: 12/18/2019*

**Defendant**

**RSA Insurance Group**
*TERMINATED: 12/18/2019*

represented by **George Geoffrey Robb**
(See above for address)
*TERMINATED: 12/18/2019*
*LEAD ATTORNEY*

|  |  | Michelle Luanne Tommey<br>(See above for address)<br>*TERMINATED: 12/18/2019* |
|---|---|---|
| **Defendant**<br>**Liberty Specialty Markets Insurance Group**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|  |  | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |
| **Defendant**<br>**Navigators Underwriting Agency Limited**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|  |  | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |
| **Defendant**<br>**Brit Global Specialty**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|  |  | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |
| **Defendant**<br>**Travelers Marine Cargo**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|  |  | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |
| **Counter-claimant**<br>**Certain Underwriters at Lloyd's London**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|  |  | **Michelle Luanne Tommey** |

|   |   |   |
|---|---|---|
|   |   | (See above for address)<br>*TERMINATED: 12/18/2019* |

**Counter-claimant**

| **Navigators Underwriting Agency Limited**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|---|---|---|
|   |   | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |

**Counter-claimant**

| **RSA Insurance Group**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|---|---|---|
|   |   | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |

**Counter-claimant**

| **Liberty Specialty Markets Insurance Group**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|---|---|---|
|   |   | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |

**Counter-claimant**

| **Brit Global Specialty**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|---|---|---|
|   |   | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |

**Counter-claimant**

| **Travelers Marine Cargo**<br>*TERMINATED: 12/18/2019* | represented by | **George Geoffrey Robb**<br>(See above for address)<br>*TERMINATED: 12/18/2019*<br>*LEAD ATTORNEY* |
|---|---|---|
|   |   | **Michelle Luanne Tommey**<br>(See above for address)<br>*TERMINATED: 12/18/2019* |

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Kunde Enterprises, Inc.**<br>*TERMINATED: 12/18/2019* | represented by | **Brook Blaine Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melanie Grindle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven B. Lesan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-defendant**

| | | |
|---|---|---|
| **Vintage Wine Estates, Inc.**<br>*TERMINATED: 12/18/2019* | represented by | **Brook Blaine Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Melanie Grindle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven B. Lesan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2019 | 1 | NOTICE OF REMOVAL Pursuant to 28 U.S.C. Sections 1332, 1441 from Sonoma County Superior Court. Their case number is SCV-265061, (Filing Fee: $400.00, receipt number 0971-13797898). Filed by National Surety Corporation. (Attachments: # 1 Exhibit A to Notice of Removal, # 2 Exhibit B to Notice of Removal, # 3 Exhibit C to Notice of Removal, # 4 Exhibit D to Notice of Removal, # 5 Civil Cover Sheet, # 6 Certificate/Proof of Service)(Dubbs, Melissa) (Filed on 10/16/2019) Modified on 10/18/2019 (tnS, COURT STAFF). (Entered: 10/16/2019) |
| 10/16/2019 | 2 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new |

| | | |
|---|---|---|
| | | case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/30/2019. (haS, COURT STAFF) (Filed on 10/16/2019) (Entered: 10/16/2019) |
| 10/16/2019 | 3 | MOTION to Dismiss Without Prejudice, *or in the alternative Sever Plaintiff Vintage Wine Estates, Inc. and Defendants Certain Underwriters at Lloyd's London, RSA Insurance Group, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency Limited, Brit Global Specialty and Travelers Marine Cargo on the Grounds of Misjoinder* filed by National Surety Corporation. Motion Hearing set for 11/25/2019 09:30 AM in San Francisco, Courtroom C, 15th Floor before Magistrate Judge Sallie Kim. Responses due by 11/4/2019. Replies due by 11/12/2019. (Attachments: #(1) [Proposed] Order)(Dubbs, Melissa) (Filed on 10/16/2019) (Entered: 10/16/2019) |
| 10/16/2019 | 4 | NOTICE OF MOTION AND MOTION to Dismiss *or Sever Plaintiff Vintage Wine Estates, Inc. and Defendants Certain Underwriters at Lloyd's London; RSA Insurance Group; Liberty Specialty Markets Insurance Group; Navigators Underwriting Agency Limited; Brit Global Specialty; Travelers Marine Cargo from this action for Misjoinder Under Federal Rules of Civil Procedure, Rules 20 and 21* filed by National Surety Corporation. Motion Hearing set for 11/25/2019 09:30 AM in San Francisco, Courtroom C, 15th Floor before Magistrate Judge Sallie Kim. Responses due by 11/12/2019. Replies due by 11/4/2019. (Dubbs, Melissa) (Filed on 10/16/2019) (Entered: 10/16/2019) |
| 10/16/2019 | | Answer to Complaint for Breach of Contract, Declaratory Relief and Breach of the Covenant of Good Faith and Fair Dealing (Removal Complaint) byNational Surety Corporation. (tnS, COURT STAFF) (Filed on 10/16/2019) (Entered: 10/18/2019) |
| 10/17/2019 | 5 | CLERK'S NOTICE Regarding 3 MOTION to Dismiss Without Prejudice), *or in the alternative Sever Plaintiff Vintage Wine Estates, Inc. and Defendants Certain Underwriters at Lloyd's London, RSA Insurance Group, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency Limited, Brit Global Specialty and Travelers Marine Cargo on the Grounds of Misjoinder:* Civil Local Rule 7-3 sets forth the briefing schedule for motions. In accordance with the local rule, the Court resets the briefing schedule as follows: Responses due by 10/30/2019. Replies due by 11/6/2019. Additionally, the Motion Hearing set for 11/25/2019 is rescheduled to 09:00 AM in San Francisco, Courtroom C, 15th Floor before Magistrate Judge Sallie Kim. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (mklS, COURT STAFF) (Filed on 10/17/2019) (Entered: 10/17/2019) |
| 10/17/2019 | 6 | Joinder in re 1 Notice of Removal filed by National Surety Corporation. (Robb, George) (Filed on 10/17/2019) (Entered: 10/17/2019) |
| 10/17/2019 | 7 | AMENDED NOTICE filed by National Surety Corporation of re 4 MOTION to Dismiss or Sever *Plaintiff Vintage Wine Estates, Inc. and Defendants Certain Underwriters at Lloyd's London; RSA Insurance Group; Liberty Specialty Markets Insurance Group; Navigators Underwriting Agency Limited; Brit Global Specialty; Travelers Marine Cargo from this Action for Misjoinder Under Federal Rules of Civil Procedure, Rules 20 and 21*, and re 3 MOTION to Dismiss Without Prejudice, *or in the alternative Sever Plaintiff Vintage Wine Estates, Inc. and Defendants Certain Underwriters at Lloyd's London, RSA Insurance Group, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency* |

| | | |
|---|---|---|
| | | *Limited, Brit Global Specialty and Travelers Marine Cargo on the Grounds of Misjoinder* (Dubbs, Melissa) (Filed on 10/17/2019) (Entered: 10/17/2019) |
| 10/17/2019 | 8 | NOTICE of Disclosure of Non-party Interested Entities or Persons [F.R.C.P. Rule 7.1] filed by National Surety Corporation identifying Corporate Parent Fireman's Fund Insurance Company, Corporate Parent National Surety Corporation, Corporate Parent Allianz of America, Inc., a Delaware corporation, Corporate Parent Allianz SE, a European company, Corporate Parent Allianz Europe B.V., Corporate Parent Allianz Global Risks US Insurance Company, an Illinois corporation for National Surety Corporation. (Dubbs, Melissa) (Filed on 10/17/2019) (Entered: 10/17/2019) |
| 10/17/2019 | 9 | CERTIFICATE OF SERVICE filed by National Surety Corporation *to Adverse Party of Removal to Federal Court and Exhibits A-I* (Dubbs, Melissa) (Filed on 10/17/2019) (Entered: 10/17/2019) |
| 10/18/2019 | 10 | CERTIFICATE OF SERVICE filed by RSA Insurance Group; Certain Underwrites at Lloyd's London, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency Limited, Brit Global Specialty, and Travelers Marine Cargo of re 6 Joinder to *re 1 Removal of Action* (Gourgiotopoulou, Anna) (Filed on 10/18/2019) (Entered: 10/18/2019) |
| 10/18/2019 | 11 | **Initial Case Management Scheduling Order with ADR Deadlines: Joint Case Management Statement due by 1/20/2020. Initial Case Management Conference set for 1/27/2020 at 1:30 PM in San Francisco, Courtroom C, 15th Floor. (tnS, COURT STAFF) (Filed on 10/18/2019) (Entered: 10/18/2019)** |
| 10/23/2019 | 12 | *DEFENDANTS'* ANSWER to Complaint *of Plaintiffs KUNDE ENTERPRISES, INC. and VINTAGE WINE ESTATES, INC.*, COUNTERCLAIM *FOR DECLARATORY RELIEF* against Kunde Enterprises, Inc., Vintage Wine Estates, Inc. byCertain Underwriters at Lloyd's London, Navigators Underwriting Agency Limited, RSA Insurance Group, Liberty Specialty Markets Insurance Group, Brit Global Specialty, Travelers Marine Cargo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Tommey, Michelle) (Filed on 10/23/2019) (Entered: 10/23/2019) |
| 10/23/2019 | 13 | Certificate of Interested Entities by Brit Global Specialty, Certain Underwriters at Lloyd's London, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency Limited, RSA Insurance Group, Travelers Marine Cargo identifying Corporate Parent Liberty Mutual Holding Company, Inc., Corporate Parent Liberty International Holdings, Corporate Parent Liberty Mutual Group of companies, Other Affiliate Liberty Corporate Capital Limited (LCCL), Other Affiliate Liberty Managing Agent Limited (LMAL) for Liberty Specialty Markets Insurance Group; Corporate Parent Brit Limited, Corporate Parent Fairfax Financial Holdings Limited and OMERS, Other Affiliate Brit Syndicates Limited, Other Affiliate Brit UW Limited for Brit Global Specialty; Corporate Parent RSA Insurance Group PLC for RSA Insurance Group; Corporate Parent The Hartford Financial Services Group, Inc., Corporate Parent Navigators Group, Inc., Corporate Parent Navigators Holdings (UK) Limited, Other Affiliate Navigators Corporate Underwriters Limited (NCUL), Other Affiliate Navigators Underwriting Agency Limited (NUAL) for Navigators Underwriting Agency Limited; Corporate Parent The Travelers Indemnity Company, Other Affiliate F&G UK Underwriters Limited, Other Affiliate Aprilgrange Limited, Other Affiliate Travelers Syndicate Management Ltd for Travelers Marine Cargo. (Tommey, Michelle) (Filed on 10/23/2019) (Entered: 10/23/2019) |
| 10/23/2019 | 14 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Kunde Enterprises, Inc., Vintage Wine Estates, Inc... (Wilson, John) (Filed on 10/23/2019) (Entered: 10/23/2019) |
| 10/24/2019 | 15 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge |

| | | |
|---|---|---|
| | | because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (mklS, COURT STAFF) (Filed on 10/24/2019) (Entered: 10/24/2019) |
| 10/25/2019 | 16 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Jeffrey S. White for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 10/25/2019. (Attachments: # 1** Notice of Eligibility for Video Recording)(mbcS, COURT STAFF) (Filed on 10/25/2019) (Entered: 10/25/2019) |
| 10/25/2019 | 17 | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT. Signed by Judge Jeffrey S. White on 10/25/19. Joint Case Management Statement due by 1/24/2020. Initial Case Management Conference set for 1/31/2020 11:00 AM in Oakland, Courtroom 5, 2nd Floor.** (jjoS, COURT STAFF) (Filed on 10/25/2019) (Entered: 10/25/2019) |
| 10/25/2019 | 18 | Renotice motion hearing re 4 MOTION to Dismiss *or in the alternative sever NOTICE*, 3 MOTION to Dismiss *or in the alternative sever* filed byNational Surety Corporation. (Attachments: # 1 Renotice of Motion, # 2 Proposed Order)(Related document(s) 4 , 3 ) (Dubbs, Melissa) (Filed on 10/25/2019) (Entered: 10/25/2019) |
| 10/25/2019 | 19 | STIPULATION WITH [PROPOSED] ORDER to Modify Briefing Schedule Related to Defendant National Surety Corporation's Motion to Drop (Dismiss Without Prejudice) or Sever for Misjoinder filed by Kunde Enterprises, Inc., Vintage Wine Estates, Inc., Brit Global Specialty, Certain Underwriters at Lloyd's London, Liberty Specialty Markers Insurance Group, National Surety Corporation, Navigators Underwriting Agency Limited, RSA Insurance Group, Travelers Marine Cargo. (Roberts, Brook) (Filed on 10/25/2019) Modified on 10/28/2019 (cjlS, COURT STAFF). (Entered: 10/25/2019) |
| 10/28/2019 | 20 | **Order by Judge Jeffrey S. White granting 19 Stipulation Modifying Briefing Schedule re Motion to Drop or Sever for Misjoinder.**(dtmS, COURT STAFF) (Filed on 10/28/2019) (Entered: 10/28/2019) |
| 10/28/2019 | | Set/Reset Deadlines as to 3 MOTION to Dismiss *or in the alternative sever*, 4 MOTION to Dismiss *or in the alternative sever NOTICE*. Responses due by 11/15/2019. Replies due by 12/6/2019. Motion Hearing set for 12/20/2019 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (dtmS, COURT STAFF) (Filed on 10/28/2019) (Entered: 10/28/2019) |
| 11/01/2019 | 21 | NON-OPPOSITION AND JOINDER IN 18 DEFENDANT NATIONAL SURETY CORPORATIONS MOTION TO DISMISS OR SEVER PLAINTIFF filed by Brit Global Specialty, Certain Underwriters at Lloyd's London, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency Limited, RSA Insurance Group, Travelers Marine Cargo. (Related document(s) 18 ) (Robb, George) (Filed on 11/1/2019) Modified on 11/4/2019 (cjlS, COURT STAFF). (Entered: 11/01/2019) |

| | | |
|---|---|---|
| 11/13/2019 | 22 | NOTICE of Appearance by Brook Blaine Roberts *on behalf of Plaintiffs Kunde Enterprises, Inc. and Vintage Wine Estates, Inc.* (Roberts, Brook) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/13/2019 | 23 | NOTICE of Appearance by John Michael Wilson *on behalf of Plaintiffs Kunde Enterprises, Inc. and Vintage Wine Estates, Inc.* (Wilson, John) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/13/2019 | 24 | NOTICE of Appearance by Steven B. Lesan *on behalf of Plaintiffs Kunde Enterprises, Inc. and Vintage Wine Estates, Inc.* (Lesan, Steven) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/13/2019 | 25 | NOTICE of Appearance by Melanie Jean Grindle *on behalf of Plaintiffs Kunde Enterprises, Inc. and Vintage Wine Estates, Inc.* (Grindle, Melanie) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/13/2019 | 26 | Corporate Disclosure Statement by Kunde Enterprises, Inc., Vintage Wine Estates, Inc. (Roberts, Brook) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/13/2019 | 27 | Certificate of Interested Entities by Kunde Enterprises, Inc., Vintage Wine Estates, Inc. (Roberts, Brook) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/13/2019 | 28 | Vintage Wine Estates, Inc.'s Answer to 12 Defendants Royal & Sun Alliance Insurance PLC and Certain Underwriters at Lloyd's London's Counterclaim for Declaratory Relief by Vintage Wine Estates, Inc. (Roberts, Brook) (Filed on 11/13/2019) Modified on 11/14/2019 (cjlS, COURT STAFF). (Entered: 11/13/2019) |
| 11/15/2019 | 29 | OPPOSITION/RESPONSE (re 3 MOTION to Dismiss *or in the alternative sever* ) filed byKunde Enterprises, Inc., Vintage Wine Estates, Inc.. (Attachments: # 1 Proposed Order)(Roberts, Brook) (Filed on 11/15/2019) (Entered: 11/15/2019) |
| 11/15/2019 | 30 | Declaration of PAT RONEY in Support of 29 Opposition/Response to Motion *MOTION to Dismiss or in the alternative sever* filed byKunde Enterprises, Inc., Vintage Wine Estates, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 29 ) (Roberts, Brook) (Filed on 11/15/2019) (Entered: 11/15/2019) |
| 12/06/2019 | 31 | OPPOSITION/RESPONSE re 3 MOTION to Dismiss or in the alternative sever Plaintiff Vintage Wine States, Inc.'s Claims from Plaintiff Kunde Enterprises, Inc.'s Claim for Misjoinder Under FRCP 20 AND 21 filed by Brit Global Specialty, Certain Underwriters at Lloyd's London, Liberty Specialty Markets Insurance Group, Navigators Underwriting Agency Limited, RSA Insurance Group, Travelers Marine Cargo. (Robb, George) (Filed on 12/6/2019) Modified on 12/6/2019 (cjlS, COURT STAFF). (Entered: 12/06/2019) |
| 12/06/2019 | 32 | REPLY (re 4 MOTION to Dismiss or in the alternative sever, 3 MOTION to Dismiss or in the alternative sever) filed by National Surety Corporation. (Attachments: # 1 Declaration Melissa Dubbs, # 2 Exhibit A & B to Dubbs Declaration, # 3 Certificate/Proof of Service, # 4 Supplement Request for Judicial Notice)(Dubbs, Melissa) (Filed on 12/6/2019) Modified on 12/9/2019 (cjlS, COURT STAFF). (Entered: 12/06/2019) |
| 12/12/2019 | 33 | **CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS (jjoS, COURT STAFF) (Filed on 12/12/2019) (Entered: 12/12/2019)** |
| 12/18/2019 | 34 | **ORDER by Judge Jeffrey S. White granting 3 Motion to Sever. (jjoS, COURT STAFF) (Filed on 12/18/2019) (Entered: 12/18/2019)** |
| 01/10/2020 | 35 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Roberts, Brook) (Filed on 1/10/2020) (Entered: 01/10/2020) |

| | | |
|---|---|---|
| 01/24/2020 | 36 | JOINT CASE MANAGEMENT STATEMENT and [Proposed] Order filed by Kunde Enterprises, Inc., National Surety Corporation. (Lesan, Steven) (Filed on 1/24/2020) Modified on 1/27/2020 (cjlS, COURT STAFF). (Entered: 01/24/2020) |
| 01/28/2020 | 37 | **CASE MANAGEMENT ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE. Signed by Judge Jeffrey S. White on 1/28/20. Jury Selection set for 1/5/2022 08:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Jury Trial set for 1/10/2022 08:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Motion Hearing set for 8/20/2021 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Pretrial Conference set for 11/8/2021 02:00 PM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Amended Pleadings due by 4/30/2020. Motions due by 6/14/2021. Close of Expert Discovery due by 5/31/2021. Close of Fact Discovery due by 4/19/2021. Opening Reports due by 5/3/2021. Rebuttal Reports due by 5/17/2021.** (jjoS, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/28/2020) |
| 11/17/2020 | 38 | Discovery Letter Brief *regarding Dispute Over Examination Under Oath* filed by Kunde Enterprises, Inc.. (Grindle, Melanie) (Filed on 11/17/2020) (Entered: 11/17/2020) |
| 11/18/2020 | 39 | **ORDER REFERRING CASE to a randomly assigned Magistrate Judge for All Discovery purposes. Signed by Judge Jeffrey S. White on 11/18/20. (jjoS, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/18/2020)** |
| 11/18/2020 | | CASE REFERRED to Magistrate Judge Laurel Beeler for Discovery (ahm, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/20/2020 | 40 | **ORDER denying 38 Discovery Letter Brief. (Attachments: # 1 Standing Order)** (Beeler, Laurel) (Filed on 11/20/2020) (Entered: 11/20/2020) |
| 01/11/2021 | 41 | MOTION Modify the Scheduling Order filed by National Surety Corporation. Motion Hearing set for 2/12/2021 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Responses due by 1/25/2021. Replies due by 2/1/2021. (Attachments: # 1 Declaration of Gina Stassi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Proposed Order)(Gross, Jonathan) (Filed on 1/11/2021) (Entered: 01/11/2021) |
| 01/12/2021 | 42 | **ORDER by Judge Jeffrey S. White denying without prejudice 41 Motion to Modify Scheduling Order. (jjoS, COURT STAFF) (Filed on 1/12/2021) (Entered: 01/12/2021)** |
| 02/10/2021 | 43 | STIPULATION WITH [PROPOSED] ORDER RE CONTINUANCE OF CASE SCHEDULE filed by National Surety Corporation, Kunde Enterprises, Inc. (DeLaney, Kathleen) (Filed on 2/10/2021) Modified on 2/10/2021 (cjlS, COURT STAFF). (Entered: 02/10/2021) |
| 02/10/2021 | 44 | **ORDER GRANTING AS MODIFIED 43 STIPULATION RE CONTINUANCE OF CASE SCHEDULE. Signed by Judge Jeffrey S. White on 2/10/21. Close of Expert Discovery due by 10/1/2021. Close of Fact Discovery due by 8/20/2021. Dispositive Motion due by 10/15/2021. Opening Reports due by 9/3/2021. Rebuttal Reports due by 9/17/2021. Jury Selection set for 5/11/2022 08:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Jury Trial set for 5/16/2022 08:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Motion Hearing set for 12/3/2021 09:00 AM in Oakland, - To be determined before Judge Jeffrey S. White. Pretrial Conference set for 3/14/2022 02:00 PM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White.** (jjoS, COURT STAFF) (Filed on 2/10/2021) (Entered: 02/10/2021) |

| | | |
|---|---|---|
| 06/02/2021 | [45](#) | NOTICE of Appearance by James A. Tabb *on behalf of Plaintiffs Kunde Enterprises, Inc.* (Tabb, James) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | [46](#) | NOTICE of Appearance by Michael Lee Huggins *on behalf of Plaintiffs Kunde Enterprises, Inc.* (Huggins, Michael) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/17/2021 | [47](#) | Proposed Stipulated Protective Order filed by Kunde Enterprises, Inc. and National Surety Corporation. (Tabb, James) (Filed on 6/17/2021) Modified on 6/21/2021 (anjS, COURT STAFF). (Entered: 06/17/2021) |
| 06/21/2021 | [48](#) | **ORDER by Judge Jeffrey S. White granting [47](#) STIPULATED PROTECTIVE ORDER. (jjoS, COURT STAFF) (Filed on 6/21/2021) (Entered: 06/21/2021)** |
| 07/27/2021 | [49](#) | STIPULATION WITH PROPOSED ORDER *Regarding Joint Request for Continuance of Schedule and Modification of Case Management Order* filed by Kunde Enterprises, Inc. and National Surety Corporation. (Tabb, James) (Filed on 7/27/2021) Modified on 7/28/2021 (anjS, COURT STAFF). (Entered: 07/27/2021) |
| 07/28/2021 | [50](#) | **ORDER by Judge Jeffrey S. White granting as modified [49](#) Stipulation Regarding Joint Request for Continuance of Schedule and Modification of Case Management Order. Close of Expert Discovery due by 10/22/2021. Close of Fact Discovery due by 9/10/2021. Dispositive Motion due by 10/29/2021. Opening Reports due by 9/24/2021. Rebuttal Reports due by 10/8/2021. Replies due by 12/3/2021. Responses due by 11/19/2021. Motion Hearing set for 1/7/2022 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 7/28/2021) (Entered: 07/28/2021)** |
| 08/16/2021 | [51](#) | STIPULATION WITH PROPOSED ORDER *REGARDING JOINT REQUEST FOR CONTINUANCE OF SCHEDULE AND MODIFICATION OF CASE MANAGEMENT ORDER FOR PURPOSES OF MEDIATION* filed by National Surety Corporation, Kunde Enterprises, Inc.. (Dubbs, Melissa) (Filed on 8/16/2021) Modified on 8/17/2021 (anjS, COURT STAFF). (Entered: 08/16/2021) |
| 08/17/2021 | [52](#) | **ORDER by Judge Jeffrey S. White granting as modified [51](#) Stipulation REGARDING JOINT REQUEST FOR CONTINUANCE OF SCHEDULE AND MODIFICATION OF CASE MANAGEMENT ORDER FOR PURPOSES OF MEDIATION. Close of Expert Discovery due by 4/1/2022. Close of Fact Discovery due by 2/11/2022. Dispositive Motion due by 4/8/2022. Opening Reports due by 3/4/2022. Rebuttal Reports due by 3/18/2022. Replies due by 5/13/2022. Responses due by 4/29/2022. Jury Selection set for 9/21/2022 08:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Jury Trial set for 9/26/2022 08:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Motion Hearing set for 6/10/2022 09:00 AM in Oakland, - To be determined before Judge Jeffrey S. White. Pretrial Conference set for 8/22/2022 02:00 PM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (jjoS, COURT STAFF) (Filed on 8/17/2021) Modified on 8/18/2021 (anjS, COURT STAFF). (Entered: 08/17/2021)** |
| 12/22/2021 | [53](#) | STIPULATION WITH PROPOSED ORDER *Regarding Joint Request for Continuance of Case and to Set Briefing Schedule for Cross-Motions for Summary Judgment* filed by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 12/22/2021) (Entered: 12/22/2021) |
| 12/22/2021 | [54](#) | **ORDER by Judge Jeffrey S. White granting AS MODIFIED [53](#) Stipulation Regarding Joint Request for Continuance of Case and to Set Briefing Schedule for Cross-Motions for Summary Judgment.**<br><br>**Proposed Cross Motion Briefing Schedule due by 1/5/2022.** |

| | | |
|---|---|---|
| | | (jjo, COURT STAFF) (Filed on 12/22/2021) (Entered: 12/22/2021) |
| 01/05/2022 | 55 | STIPULATION WITH PROPOSED ORDER *regarding Joint Request to set Briefing Schedule for Cross-Motions for Summary Judgment* filed by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 1/5/2022) (Entered: 01/05/2022) |
| 01/06/2022 | 56 | **ORDER granting as modified 55 STIPULATION to set Briefing Schedule for Cross-Motions for Summary Judgment. Motions due by 2/11/2022. Opposition and Cross Motions due by 3/4/2022. Responses due by 3/25/2022. Replies due by 4/15/2022. Motion Hearing set for 5/6/2022 09:00 AM in Oakland, - To be determined before Judge Jeffrey S. White. Signed by Judge Jeffrey S. White on 1/6/22. (jjo, COURT STAFF) (Filed on 1/6/2022) (Entered: 01/06/2022)** |
| 01/25/2022 | 57 | STIPULATION *Regarding Authenticity of Documents* filed by National Surety Corporation. (Gross, Jonathan) (Filed on 1/25/2022) (Entered: 01/25/2022) |
| 02/09/2022 | 58 | STIPULATION WITH PROPOSED ORDER *regarding Joint Request for Modification of Briefing Schedule for Cross-Motions for Summary Judgment* filed by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 2/9/2022) (Entered: 02/09/2022) |
| 02/09/2022 | 59 | **ORDER by Judge Jeffrey S. White granting 58 Stipulation for Modification of Briefing Schedule for Cross-Motions for Summary Judgment.**<br><br>**Motions due by 2/16/2022. Opposition and Cross Motions due by 3/7/2022. Responses due by 3/25/2022. Replies due by 4/15/2022.**<br><br>**(jjo, COURT STAFF) (Filed on 2/9/2022) (Entered: 02/09/2022)** |
| 02/15/2022 | 60 | STIPULATION WITH PROPOSED ORDER *regarding Joint Request for Further Modification of Briefing Schedule for Cross-Motions for Summary Judgment* filed by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 2/15/2022) (Entered: 02/15/2022) |
| 02/15/2022 | 61 | **STIPULATION AND ORDER REGARDING JOINT REQUEST FOR FURTHER MODIFICATION OF BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT by Judge Jeffrey S. White granting 60 Stipulation. Motions due by 2/17/2022. Cross Motions due by 3/8/2022. (kc, COURT STAFF) (Filed on 2/15/2022) (Entered: 02/15/2022)** |
| 02/17/2022 | 62 | STIPULATION WITH PROPOSED ORDER *regarding Joint Request for Further Modification of Briefing Schedule for Cross-Motions for Summary Judgment* filed by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 2/17/2022) (Entered: 02/17/2022) |
| 02/17/2022 | 63 | **ORDER by Judge Jeffrey S. White granting 62 Stipulation for Further Modification of Briefing Schedule for Cross-Motions for Summary Judgment. Motions due by 2/18/2022. Cross Motions due by 3/9/2022. (jswlc4, COURT STAFF) (Filed on 2/17/2022) (Entered: 02/17/2022)** |
| 02/18/2022 | 64 | MOTION for Partial Summary Judgment filed by Kunde Enterprises, Inc. Motion Hearing set for 5/6/2022 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Cross-Motion and Opposition due by 3/9/2022. Reply due by 3/25/2022. (Attachments: # 1 Exhibit Stipulated Facts for Parties' Cross-Motions for Summary Judgment, # 2 Declaration of Pat Roney in Support of Plaintiff Kunde Enterprise, Inc.'s Motion for Partial Summary Judgment, # 3 Declaration of Zach Long in Support of Plaintiff Kunde Enterprise, Inc.'s Motion for Partial Summary Judgment, # 4 Declaration of Dr. Richard G. Peterson in Support of Plaintiff Kunde Enterprise, Inc.'s Motion for Partial Summary Judgment, # 5 Declaration of James A. Tabb in Support of Plaintiff Kunde Enterprise, Inc.'s Motion for Partial Summary Judgment, # 6 Proposed Order, # 7 |

| | | |
|---|---|---|
| | | Certificate/Proof of Service)(Tabb, James) (Filed on 2/18/2022) Modified on 2/22/2022 (kc, COURT STAFF). (Entered: 02/18/2022) |
| 02/18/2022 | 65 | Appendix re 64 MOTION for Partial Summary Judgment filed byKunde Enterprises, Inc.. (Attachments: # 1 Exhibit ALLIANZ 000099-203, # 2 Exhibit KUNDE0000269-301, # 3 Exhibit KUNDE0000320-324, 326-336, # 4 Exhibit ALLIANZ 000003-11, # 5 Exhibit ALLIANZ 000631-634, # 6 Exhibit ALLIANZ 000026-41, # 7 Exhibit ALLIANZ 000782-84, # 8 Exhibit ALLIANZ 000797, # 9 Exhibit Excerpts of CAL FIRE 2017 Wildfire Activity Statistics, # 10 Exhibit MTC Map of 2017 North Bay Wildfire Affected Areas, # 11 Exhibit Google Map of Kunde Estates, # 12 Errata 2017.10.16 Notice of first loss, # 13 Exhibit 2021.03.03 BakerTilly Report, # 14 Exhibit 2021.03.05 Ltr from Allianz to LW, # 15 Exhibit HUB000725-726, # 16 Exhibit HUB000727-728, # 17 Exhibit HUB000752-755, # 18 Exhibit HUB000756, # 19 Exhibit HUB000757-762, # 20 Exhibit HUB000763-769, # 21 Exhibit HUB000770-775, # 22 Exhibit HUB000776-781, # 23 Exhibit Six Misconceptions About Smoke Taint, # 24 Exhibit ALLIANZ 001059-1071, # 25 Exhibit HUB000458-472, # 26 Exhibit HUB000694-695, # 27 Exhibit 2021.03.19 Ltr from M. Grindle to J. Gross, # 28 Exhibit ALLIANZ 000483-485, # 29 Exhibit ALLIANZ 000575-576, # 30 Exhibit ALLIANZ 000594-595, # 31 Exhibit ALLIANZ 000435)(Related document(s) 64 ) (Tabb, James) (Filed on 2/18/2022) (Entered: 02/18/2022) |
| 02/18/2022 | 66 | Request for Judicial Notice re 64 MOTION for Partial Summary Judgment filed byKunde Enterprises, Inc.. (Attachments: # 1 Proposed Order)(Related document(s) 64 ) (Tabb, James) (Filed on 2/18/2022) (Entered: 02/18/2022) |
| 02/18/2022 | 67 | Joint Administrative Motion to File Under Seal *Exhibits 3 and 13 to the Joint Appendix of Exhibits in Support of Parties' Cross-Motions for Summary Judgment* filed by Kunde Enterprises, Inc.. (Attachments: # 1 Declaration of James A. Tabb in Support of Joint Administrative Motion to File Under Seal Exhibits 3 and 13 to the Joint Appendix of Exhibits in Support of Parties' Cross-Motions for Summary Judgment, # 2 Proposed Order, # 3 Redacted Version of Exhibit 3, # 4 Unredacted Version of Exhibit 3, # 5 Redacted Version of Exhibit 13, # 6 Unredacted Version of Exhibit 13)(Tabb, James) (Filed on 2/18/2022) (Entered: 02/18/2022) |
| 03/08/2022 | 68 | STIPULATION WITH PROPOSED ORDER re 63 Order on Stipulation, *Further Modifying Briefing Schedule* filed by National Surety Corporation. (Gross, Jonathan) (Filed on 3/8/2022) (Entered: 03/08/2022) |
| 03/09/2022 | 69 | **ORDER AS MODIFIED by Judge Jeffrey S. White granting 68 STIPULATION REGARDING JOINT REQUEST FOR FURTHER MODIFICATION OF BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT. (dts, COURT STAFF) (Filed on 3/9/2022) (Entered: 03/09/2022)** |
| 03/09/2022 | | Set/Reset Deadlines as to 64 MOTION for Partial Summary Judgment . Defendant's Opposition and Cross-Motion due by 3/11/2022. Plaintiff's Reply and Opposition due by 4/1/2022. All other briefing remains the same. (dts, COURT STAFF) (Filed on 3/9/2022) (Entered: 03/09/2022) |
| 03/14/2022 | 70 | MOTION for Summary Judgment *COMBINED CROSS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by National Surety Corporation. Motion Hearing set for 5/6/2022 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. Responses due by 4/1/2022. Replies due by 4/15/2022. (Attachments: # 1 Declaration Phillip Crews, # 2 Declaration Melissa Dubbs, # 3 Exhibit to Dubbs Decl, # 4 Exhibit to Dubbs Decl, # 5 Exhibit to Dubbs Decl, # 6 Exhibit to Dubbs Decl, # 7 Exhibit to Dubbs Decl, # 8 Declaration Mary Furst, # 9 Declaration Dr. Jaffe, # 10 Exhibit A to Jaffe Decl, # 11 Exhibit B to Jaffe Decl, # 12 Declaration Chris Markell, # 13 Exhibit to Markell Decl, # 14 Exhibit to Markell |

| | | |
|---|---|---|
| | | Decl, # 15 Exhibit to Markell Decl, # 16 Declaration Kelly McAndrews, # 17 Exhibit A to McAndrews Decl, # 18 Proposed Order)(Gross, Jonathan) (Filed on 3/14/2022) (Entered: 03/14/2022) |
| 03/14/2022 | 71 | Request for Judicial Notice re 70 MOTION for Summary Judgment *COMBINED CROSS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byNational Surety Corporation. (Attachments: # 1 Exhibit)(Related document(s) 70 ) (Gross, Jonathan) (Filed on 3/14/2022) (Entered: 03/14/2022) |
| 03/14/2022 | 72 | Joint Administrative Motion to File Under Seal filed by National Surety Corporation. (Attachments: # 1 Declaration Melissa Dubbs, # 2 Proposed Order, # 3 Exhibit)(Gross, Jonathan) (Filed on 3/14/2022) (Entered: 03/14/2022) |
| 03/31/2022 | 73 | STIPULATION WITH PROPOSED ORDER *regarding Enlarging Page Limitation for Evidentiary Objections and Responses Thereto* filed by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 3/31/2022) (Entered: 03/31/2022) |
| 04/01/2022 | 74 | **ORDER AS MODIFIED AND ADMONISHMENT TO COUNSEL by Judge Jeffrey S. White Granting 73 Stipulation Enlarging Page Limitation for Evidentiary Objections and Responses Thereto. (dts, COURT STAFF) (Filed on 4/1/2022) (Entered: 04/01/2022)** |
| 04/01/2022 | 75 | NOTICE by National Surety Corporation *of Withdrawal of Kathleen DeLaney as Counsel for National Surety Corporation* (DeLaney, Kathleen) (Filed on 4/1/2022) (Entered: 04/01/2022) |
| 04/01/2022 | 76 | REPLY (re 64 MOTION for Partial Summary Judgment ) filed byKunde Enterprises, Inc.. (Attachments: # 1 Supplemental Declaration of James A. Tabb in Support of Plaintiff Kunde Enterprise's, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment, # 2 Supplemental Declaration of Pat Roney in Support of Plaintiff Kunde Enterprise's, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment, # 3 Supplemental Declaration of Dr. Richard G. Peterson in Support of Plaintiff Kunde Enterprise's, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment, # 4 Declaration of Zach Long in Support of Plaintiff Kunde Enterprise's, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment, # 5 Declaration of Greg Skorhim in Support of Plaintiff Kunde Enterprise's, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment and Opposition to Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment, # 6 [Proposed] Order Granting Plaintiff Kunde Enterprises, Inc.'s Motion for Partial Summary Judgment and Denying Defendant National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment)(Tabb, James) (Filed on 4/1/2022) (Entered: 04/01/2022) |
| 04/01/2022 | 77 | Request for Judicial Notice re 76 Reply to Opposition/Response,,,,,,, filed byKunde Enterprises, Inc.. (Attachments: # 1 [Proposed] Order Granting Plaintiff Kunde Enterprises, Inc.'s Request for Judicial Notice in Support of Reply in Support of Its Motion for Partial Summary Judgment and Opposition to National Surety Corporation's Cross-Motion for Summary Judgment or in the Alternative Partial Summary Judgment)(Related document(s) 76 ) (Tabb, James) (Filed on 4/1/2022) (Entered: 04/01/2022) |

| | | |
|---|---|---|
| 04/01/2022 | [78](#) | OBJECTIONS to re [71](#) Request for Judicial Notice, by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 4/1/2022) (Entered: 04/01/2022) |
| 04/05/2022 | 79 | CLERK'S NOTICE CONTINUING HEARING. YOU ARE HEREBY NOTIFIED that the hearing on the [64](#) MOTION for Partial Summary Judgment and [70](#) MOTION for Summary Judgment previously set for 5/6/2022 is continued to 5/20/2022 09:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White. (dts, COURT STAFF) (Filed on 4/5/2022) (Entered: 04/05/2022) |
| 04/15/2022 | [80](#) | REPLY (re [70](#) MOTION for Summary Judgment *COMBINED CROSS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*) filed byNational Surety Corporation. (Attachments: # [1](#) Declaration Knoten, # [2](#) Exhibit A-C to Knoten Decl.)(Dubbs, Melissa) (Filed on 4/15/2022) (Entered: 04/15/2022) |
| 04/22/2022 | [81](#) | RESPONSE re [80](#) Reply to Opposition/Response, *Response to Evidentiary Objections Asserted in Defendant National Surety Corporation's Reply* by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 4/22/2022) (Entered: 04/22/2022) |
| 04/22/2022 | [82](#) | OBJECTIONS to re [80](#) Reply to Opposition/Response, by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 4/22/2022) (Entered: 04/22/2022) |
| 05/16/2022 | 83 | CLERK'S NOTICE VACATING MOTION HEARING. YOU ARE HEREBY NOTIFIED that the hearing on the [64](#) MOTION for Partial Summary Judgment and [70](#) MOTION for Summary Judgment set for 5/20/2022 at 09:00 AM is VACATED. Written order to follow. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (dts, COURT STAFF) (Filed on 5/16/2022) (Entered: 05/16/2022) |
| 06/21/2022 | [84](#) | **ORDER by Judge Jeffrey S. White Granting [67](#) JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 3 AND 13. (dts, COURT STAFF) (Filed on 6/21/2022) (Entered: 06/21/2022)** |
| 06/21/2022 | [85](#) | **ORDER by Judge Jeffrey S. White Granting [72](#) JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 5 TO THE DECLARATION OF MELISSA A. DUBBS IN SUPPORT OF NATIONAL SURETY CORPORATION'S CROSS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT. (dts, COURT STAFF) (Filed on 6/21/2022) (Entered: 06/21/2022)** |
| 06/21/2022 | [86](#) | **ORDER RESOLVING CROSS-MOTIONS FOR SUMMARY JUDGMENT Signed by Judge Jeffrey S. White on 6/21/2022. Granting in Part and Denying in Part [64](#) Motion for Partial Summary Judgment; Denying [70](#) Motion for Summary Judgment. Joint Status Report due by 8/22/2022. (dts, COURT STAFF) (Filed on 6/21/2022) (Entered: 06/21/2022)** |
| 08/22/2022 | [87](#) | JOINT STATUS REPORT by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/23/2022 | [88](#) | **ORDER REGARDING MEDIATION AND REQUIRING FURTHER JOINT STATUS REPORT Re: Dkt. No. [87](#) . Signed by Judge Jeffrey S. White on August 23, 2022. Further Joint Status Report due by 12/28/2022. (dts, COURT STAFF) (Filed on 8/23/2022) (Entered: 08/23/2022)** |
| 12/14/2022 | [89](#) | STATUS REPORT *(Joint Status Report: Notice of Settlement)* by Kunde Enterprises, Inc.. (Tabb, James) (Filed on 12/14/2022) (Entered: 12/14/2022) |

| | | |
|---|---|---|
| 12/14/2022 | 90 | **ORDER re 89 Notice of Settlement and Requiring Stipulation of Dismissal or Status Report. Status Report or Joint Stipulation of Dismissal due by 1/20/2023. Signed by Judge Jeffrey S. White on December 14, 2022. (jswlc3, COURT STAFF) (Filed on 12/14/2022) (Entered: 12/14/2022)** |
| 01/03/2023 | 91 | STIPULATION WITH PROPOSED ORDER *to Dismiss Action Pursuant to Settlement Agreement* filed by Kunde Enterprises, Inc.. (Attachments: # 1 Proposed Order Granting Joint Stipulation to Dismiss Action Pursuant to Settlement Agreement)(Tabb, James) (Filed on 1/3/2023) (Entered: 01/03/2023) |
| 01/04/2023 | 92 | **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO SETTLEMENT AGREEMENT by Judge Jeffrey S. White granting 91 Stipulation. (kkp, COURT STAFF) (Filed on 1/4/2023) (Entered: 01/04/2023)** |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/20/2025 09:58:35 | | | |
| **PACER Login:** | Rgentry19 | **Client Code:** | PageInjury |
| **Description:** | Docket Report | **Search Criteria:** | 4:19-cv-06636-JSW |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |