# EXHIBIT 13

## Spartan Law

About   Services   Blog   Contacts   **FREE CONSULTATION**

# About Spartan Law Corporation



FREE CONSULTATION



### About our firm

Hours Of Operation California

The firm is known for providing personalized service with attention to detail and quality. Yan Goldshteyn, the Principal attorney, has been selected as a Super Lawyer's Rising Star. He is in good standing with the California State Bar and

**Spartan Law**     About     Services     Blog     Contacts        FREE CONSULTATION

**The office address:**

427 N Canon Drive, Suite 212
Beverly Hills, CA 90210

## CUSTOMER SERVICE

We take our clients' needs to heart. Our clients can count on quick response times and attorneys who help them achieve their goals regardless of the obstacles.

## LAWYERING

In this day and age, submitting a list of evidence is not enough. We take a legal approach to each case, applying fact to law and making sure our clients' cases cannot be challenged.

## SPEED

We understand the urgency required in this industry and we are here to make the impossible possible.

## RESULTS

We are a results focused firm. We do not stop until we get the results our clients deserve.

Attorney Yan Goldshteyn is the founder of the Spartan Law Corporation, a full service law firm.



LIVE CHAT

**Spartan Law**

About    Services    Blog    Contacts    FREE CONSULTATION

Immigration

B-1/B-2 Visa for Temporary Visitors

Marriage Green Cards

Application for Work Permits

Criminal Defense

Citizenship

LIVE CHAT 1

Case 1:25-cv-03797-ELR    Document 14-15    Filed 10/20/25    Page 5 of 8

Spartan Law    About    Services    Blog    Contacts    **FREE CONSULTATION**



# Spartan Law

About   Services   Blog   Contacts   FREE CONSULTATION

Name

Your message

Submit

You agree to our Terms and Conditions



EMAIL
YAN@SPARTANLAWCORP.COM

PHONE
(310) 363-0240

THE OFFICE ADDRESS
427 N Canon Drive, Suite 212
Beverly Hills, CA 90210



© 2024 Spartan Law

Spartan Law

About  Services  Blog  Contacts

FREE CONSULTATION



LIVE CHAT 1