Case 1:25-cv-03797-ELR   Document 16   Filed 10/31/25   Page 1 of 4

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 3 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| PAGE INJURY LAW, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>YAN GOLDSHTEYN,<br><br>Defendant | Civ. No. 1:25-cv-03797-ELR<br><br>MOTION TO<br>REQUEST CM/ECF FILING RIGHTS<br>FOR PRO SE DEFENDANT |

### **DEFENDANT'S YAN GOLDSHTEYN MOTION TO REQUEST CM/ECF FILING RIGHTS FOR PRO SE DEFENDANT**

Defendant Yan Goldshteyn respectfully moves this Court for permission to file documents electronically via the Court's CM/ECF system.

Defendant, a duly licensed attorney, is currently proceeding pro se and does not have access to counsel admitted in the Northern District of Georgia. As demonstrated, Defendant has reliable access to a computer and internet connection

DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY

and is capable of complying with CM/ECF procedures, including formatting, uploading, and serving documents electronically.

 Granting CM/ECF access will facilitate timely filings, reduce administrative burden, and promote judicial efficiency.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and permit electronic filing access via CM/ECF.

 Respectfully submitted this 31st day of October, 2025.

_____
Yan Goldshteyn
Principal Attorney
Spartan Law Corp
427 N Canon Drive, Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 31, 2025.

_____

Yan Goldshteyn
Principal Attorney
Spartan Law Corp
427 N Canon Drive, Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of November 2025, a copy of the foregoing Defendant's Reply in Support of Motion to Stay was filed via mail and served via first class mail to:

BEKIARES ELIEZER, LLP
Attention: Kennington R. Groff
Melanie K. Lane
Zachary C. Eyster
2870 Peachtree Rd. #512
Atlanta GA  30305

Respectfully Submitted,

Yan Goldshteyn
Principal Attorney
Spartan Law Corp
427 N Canon Drive, Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY