FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 3 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

PAGE INJURY LAW, LLC,

    Plaintiff,

vs.

YAN GOLDSHTEYN,

    Defendant

Civ. No. 1:25-cv-03797-ELR

NOTICE OF FILING

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that on October 31, 2025, Defendant Yan Goldshteyn hereby gives notice that he has filed the attached Motion to Request CM/ECF Filing Rights, along with a proposed order granting electronic filing access.

This request is made to facilitate timely filings and ensure efficient participation in the proceedings while Defendant proceeds pro se.

Respectfully submitted this 31st day of October, 2025.

NOTICE OF FILING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                  Yan Goldshteyn
                                                Principal Attorney
                                                Spartan Law Corp
                                                427 N Canon Drive, Suite 212
                                                Beverly Hills, CA. 90210
                                                Telephone: 323-450-7000
                                                yan@spartanlawcorp.com
                                                *Defendant*

NOTICE OF FILING

**Certificate of Compliance**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 31, 2025.

_____

Yan Goldshteyn
Principal Attorney
Spartan Law Corp
427 N Canon Drive, Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF FILING

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of November 2025, a copy of the foregoing Defendant's Reply in Support of Motion to Stay was filed via mail and served via first class mail to:

> BEKIARES ELIEZER, LLP
> Attention: Kennington R. Groff
> Melanie K. Lane
> Zachary C. Eyster
> 2870 Peachtree Rd. #512
> Atlanta GA  30305

Respectfully Submitted,

_____
Yan Goldshteyn
Principal Attorney
Spartan Law Corp
427 N Canon Drive, Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

NOTICE OF FILING



TO
RICHARD B RUSSELL FEDERAL BUILDING
75 TED TURNER DR SW
2211 US COURTHOUSE
ATLANTA GA 30303
(999) 999-9999         REF:

FedEx Express



REL# 3785346

TRK# 3948 7957 9093
0201

MON - 03 NOV 10:30A
PRIORITY OVERNIGHT

XA QFEA                    30303
                   GA-US    ATL

CLEARED SECURITY
NOV 03 2025
U.S. Marshals Service
Atlanta, Georgia

Envelope
Recycle me.

