IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

PAGE INJURY LAW, LLC,

    Plaintiff,

vs.

YAN GOLDSHTEYN,

    Defendant

Civ. No. 1:25-cv-03797-ELR

[PROPOSED] ORDER

## [PROPOSED] ORDER GRANTING CM/ECF FILING RIGHTS

Upon consideration of Defendant's Motion to Request CM/ECF Filing Rights, and for good cause shown, it is hereby ORDERED that:

Defendant Yan Goldshteyn is granted permission to file documents electronically via the Court's CM/ECF system in this matter.

SO ORDERED this _____ day of _____, 2025.

PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on October 31, 2025.

_____

Yan Goldshteyn
Principal Attorney
Spartan Law Corp
427 N Canon Drive, Suite 212
Beverly Hills, CA. 90210
Telephone: 323-450-7000
yan@spartanlawcorp.com
*Defendant*

PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT